IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) Case No.   08 C 236 ) |
| v. | ) Judge Elaine E. Bucklo ) |
| KATHY DAVIS, | ) Magistrate Judge Morton Denlow ) |
| Defendant. | ) ) |

**FILED**
JAN 11 2008
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

### NOTICE OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on Thursday, January 17, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in his/her stead, in Room 1441, in the United States District Court, Northern District of Illinois, and then and there present Plaintiff's Emergency Motion for Preliminary Injunction, a copy of which is being filed herewith.

Dated: January 11, 2008

Respectfully submitted,

RECYCLED PAPER GREETINGS, INC.

By: _____
One of the Attorneys for Plaintiff

Craig R. Annunziata
Illinois Bar No. 6209487
Joel W. Rice
Illinois Bar No. 6186471
FISHER & PHILLIPS, LLP
140 South Dearborn Street
Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven Manchel
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA  02459
(617) 796-8920

Chicago 89249.1

## CERTIFICATE OF SERVICE

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on January 11, 2008, the **NOTICE OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** was served via regular U.S. Mail delivery, and hand delivery by process server will be attempted upon:

> Kathy Davis
> 1045 Limekiln Pike
> Ambler, Pennsylvania 19002
>
> Kathy Davis
> Kathy Davis Studios
> 1126 Horsham Road, Suite B-1
> Amber, Pennsylvania 19002

_____

Chicago 89249.1