# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number: 08CV236

RECYCLED PAPER GREETINGS, INC., an Illinois Corporation, (Plaintiff),
v.
KATHY DAVIS, (Defendant).

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RECYCLED PAPER GREETINGS, INC., an Illinois Corporation (Plaintiff)

| | |
|---|---|
| **NAME** (Type or print) <br> Craig R. Annunziata | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Craig R. Annunziata | |
| **FIRM** <br> Fisher & Phillips LLP | |
| **STREET ADDRESS** <br> 1000 Marquette Building, 140 South Dearborn Street | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6209487 | **TELEPHONE NUMBER** <br> (312) 346-8061 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |