IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  08 C 236 |
| v. | ) ) | Judge Elaine E. Bucklo |
| KATHY DAVIS, | ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) ) | |

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3.2, Plaintiff, Recycled Paper Greetings, Inc., by and through its attorneys, makes the following disclosures:

1. Identify any parent corporation:  RPG Holdings, Inc.

2. Identify any entity that owns 5% or more of Recycled Paper Greetings, Inc.: RPG Holdings, Inc.

Dated: January 16, 2008                    Respectfully submitted,

                                           RECYCLED PAPER GREETINGS, INC.

                                           /s/ Joel W. Rice
                                           One of the Attorneys for Plaintiff

Craig R. Annunziata
Illinois Bar No. 6209487
Joel W. Rice
Illinois Bar No. 6186471
FISHER & PHILLIPS, LLP
140 South Dearborn Street, Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven Manchel
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA  02459
(617) 796-8920

Chicago 89285.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on January 16, 2008, I electronically filed the foregoing **PLAINTIFF'S DISCLOSURE STATEMENT,** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> James V. Garvey
> VEDDER PRICE, P.C.
> 222 North LaSalle Street
> Suite 2400
> Chicago, IL 60601

thereby serving the same upon them.

/s/ Joel W. Rice

Chicago 89285.1