AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 236**

SUMMONS IN A CIVIL CASE

RECYCLED PAPER GREETINGS, INC., an
Illinois Corporation,
Plaintiff,

CASE NUMBER:   **JUDGE BUCKLO**
               **MAGISTRATE JUDGE DENLOW**

V.

ASSIGNED JUDGE:

KATHY DAVIS,
Defendant.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

KATHY DAVIS, c/o Kathy Davis Studios, 1126 Horsham Road, Suite B-1, Ambler, Pennsylvania 19002.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel W. Rice
Fisher & Phillips LLP
1000 Marquette Building
140 South Dearborn
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

January 10, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1/11/08 |
| NAME OF SERVER *(PRINT)* Richard Ehrlich | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of Summons & Complaint upon Kathy Davis c/o Kathy Davis Studios at 1126 Horsham Rd., Ambler, PA was accepted by John Mavrakis, person in charge of office where Kathy Davis works.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-11-08
            Date

Signature of Server

Dennis Richman's Services
1500 JFK Blvd., ste 1706, Phila, PA

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# 08 C 236

SUMMONS IN A CIVIL CASE

RECYCLED PAPER GREETINGS, INC., an
Illinois Corporation,
Plaintiff,

CASE NUMBER:   JUDGE BUCKLO
                             MAGISTRATE JUDGE DENLOW

V.

ASSIGNED JUDGE:

KATHY DAVIS,
Defendant.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

KATHY DAVIS, 1045 Limekiln Pike, Ambler, Pennsylvania 19002.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel W. Rice
Fisher & Phillips LLP
1000 Marquette Building
140 South Dearborn
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

January 10, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 1/11/08 |
| NAME OF SERVER (PRINT) Richard Ehrlich | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: There were people in the house but they would not answer the door..at 1045 Limekiln Pike, Ambler, PA

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/11/08
　　　　　　　Date　　　　　Signature of Server

Dennis Richman's Services
1500 JFK Blvd., ste. 1706, Phila., PA

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.