UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Recycled Paper Greetings, Inc.
                    Plaintiff,
v.                                              Case No.: 1:08−cv−00236
                                                Honorable Elaine E. Bucklo
Kathy Davis
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 17, 2008:

  MINUTE entry before Judge Elaine E. Bucklo : Plaintiff's motion for a preliminary injunction or temporary restraining order (6) heard and the motion is entered and continued. Defendant shall file any response by Tuesday morning, Jan. 22, 2008. Hearing continued to Thurs., Jan. 24 at 1:30 p.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.