**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Recycled Paper Greetings, Inc.
                    Plaintiff,

v.                                        Case No.: 1:08−cv−00236
                                      Honorable Elaine E. Bucklo

Kathy Davis
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :On court's own motion, hearing on plaintiff's motion for preliminary injunction or TRO set for 1/24/08 at 1:30 p.m. is reset for 1/24/2008 at 11:00 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.