IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KATHY DAVIS,<br><br>　　　　Defendant. | No. 08 C 236<br><br>Judge Elaine B. Bucklo<br><br>Magistrate Judge Morton Denlow |

**MOTION FOR LEAVE TO FILE *INSTANTER* RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF 15 PAGES**

Defendant, Kathy Davis ("Defendant"), moves for an order pursuant to Northern District of Illinois Local Rule 7.1 allowing her to file *instanter* the attached Memorandum in Opposition to Emergency Motion for Preliminary Injunction ("Opposition Memorandum") in excess of fifteen (15) pages. In support of this motion, Defendant states as follows:

　　　　1.　　On January 10, 2008, Plaintiff, Recycled Paper Greetings, Inc, ("Plaintiff"), filed a seventeen (17) page Verified Complaint for Injunctive and Other Relief ("Complaint"), an Emergency Motion for Preliminary Injunction (Preliminary Injunction Motion") and a fifteen (15) page Memorandum of Law in Support of Preliminary Injunction Motion ("Memorandum of Law").

　　　　2.　　Plaintiff presented its Preliminary Injunction Motion on January 17, 2008. At that time, the Court entered and continued the Preliminary Injunction Motion and allowed Defendant until January 22, 2008 to file a response.

　　　　3.　　Plaintiff's Memorandum of Law is fifteen (15) pages and, rather than set forth supporting facts therein, incorporates by reference the ten (10) page statement of facts set forth in

the Complaint, for a combined total of twenty-five (25) pages. Under these circumstances, Defendant reasonably needs twenty (20) pages to fully respond to and address the factual statements and legal arguments raised in support of Plaintiff's Preliminary Injunction Motion.

4. In addition, Defendant seeks approval to file a response in excess of fifteen (15) pages given that Plaintiff's Preliminary Injunction Motion seeks extraordinary relief that, if granted, will have severe consequence to Plaintiff and her business.

5. Defendant has taken every effort to keep the length of her Opposition Memorandum to a necessary minimum, and the Opposition Memorandum does not raise any irrelevant or non-responsive matters.

6. No prejudice to the parties will result from granting this motion.

7. A copy of Defendant's twenty (20) page Opposition Memorandum is attached hereto as Exhibit A.

WHEREFORE, Defendant prays for entry of order granting this motion and allowing her to file, *instanter*, the twenty (20) page Opposition Memorandum attached hereto as Exhibit A.

DATED: January 22, 2008                    Respectfully submitted,

**KATHY DAVIS**

By: s/James V. Garvey
One of Her Attorneys

James V. Garvey
Frederic T. Knape
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005