IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation,<br><br>  Plaintiff,<br><br>v.<br><br>KATHY DAVIS,<br><br>  Defendant. | No. 08 C 236<br><br>Judge Elaine B. Bucklo<br><br>Magistrate Judge Morton Denlow |

**EXHIBIT 1**

**TO**

**DEFENDANT KATHY DAVIS' MEMORANDUM IN OPPOSITION TO EMERGENCY
MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF KATHY DAVIS**

**FILED MANUALLY UNDER SEAL PER JUDGE BUCKLO'S RULING IN OPEN
COURT ON JANUARY 17, 2008**

DATED: January 22, 2008

James V. Garvey
Frederic T. Knape
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005