IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECYCLED PAPER GREETINGS, INC.,
an Illinois corporation,

                Plaintiff,

v.

KATHY DAVIS,

                Defendant.

No. 08 C 236

Judge Elaine B. Bucklo

Magistrate Judge Morton Denlow

**EXHIBIT 3**

**TO**

**DEFENDANT KATHY DAVIS' MEMORANDUM IN OPPOSITION TO EMERGENCY
MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF PETER WALTS**

DATED: January 22, 2008

James V. Garvey
Frederic T. Knape
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005

## DECLARATION OF PETER WALTS

I, Peter Walts, hereby declare under penalty of perjury as follows:

1.    I am over 18 years of age and reside in Montgomery County, Pennsylvania.

2.    I have personal knowledge of the matters described herein and could competently testify to these matters if called to do so as a witness in court.

3.    I am the Vice President of Kathy Davis Designs, Inc. ("KDI"). KDI is in the business of designing and creating images and artwork for greeting cards and other social expression products. KDI conducts business primarily by licensing its images and artwork to third parties. Recycled Paper Greetings, Inc. ("RPG") is one such party.

4.    It is my understanding that RPG is contending in the action styled *Recycled Paper Greetings, Inc. v. Kathy Davis* (pending in the United States District Court for the Northern District of Illinois), that if a consumer were to walk into a retail outlet today, the only way that the consumer would see the names "Kathy Davis" or "Scatter Joy" is if the consumer picked a card out from among other cards and turned it over. This contention is demonstrably false.

5.    Attached hereto as Group Exhibit A are true and correct copies of photograph I personally took on January 20, 2008, at approximately 8:45 p.m. (EST), at George's Dreshertown Shop N'Bag, a retail outlet located in the Dreshertown Shopping Center in Montgomery County, Pennsylvania, near my residence. The attached photographs are fair and accurate depictions and representations of the public display of Kathy Davis greeting cards located at Dreshertown Shop N'Bag on that date and time. It would stand to reason that this fixture is one of many that is currently on display in other Shop N'Bag stores, as well as many other retailers throughout the RPG customer base.

6.    Moreover, this is not the first time that Kathy Davis greeting cards have been publicly marketed in this manner. Attached hereto as Group Exhibit B are true and correct copies of documents showing prior "collections" of Kathy Davis greeting cards publicly on display featuring the Kathy Davis brand marketed for sale. For example, the first page of Group Exhibit B is a photograph containing a fair and accurate depiction of Kathy Davis in front of a "collection" of Kathy Davis greeting cards at the National Stationery Show in May 1997. Further, the second page of Group Exhibit B shows a true and correct copies of Kathy Davis "collections" of greeting cards advertised by RPG as early as February 2001.

7.    In addition, attached hereto as Group Exhibit C are true and correct copies of photographs showing fair and accurate depictions of other Kathy Davis display "header" cards that have been publicly displayed at the Customer's retail outlets where Kathy Davis greeting cards and collections of greeting cards have been sold.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Peter Watts

Dated: JANUARY 22, 2008

# GROUP EX. A















# GROUP EX. B





## Ordering Information:

- 84 pockets are supported.
- All designs feature non-suggestive themes.
- Sentiments include Birthday, Friendship & Love, and Congrats & Thanks.
- Product class = KISS
- Wholesale units consists of eight cards of one design and eight four-color printed envelopes/Bookmark cards ship in units of four designs and four envelopes.
- Cost:

| U.S. Retail | CDN. Retail | U.S. Wholesale | CDN. Wholesale |
|---|---|---|---|
| $1.95 | $2.75 | $7.80 | $11.00 |
| $2.25 | $3.00 | $9.00 | $12.00 |
| $2.50 | $3.50 | $5.00 (pkg. of 4) | $7.00 (pkg. of 4) |

Minimum order requirement is
$50 per shipment for cards and related product.
(In Canada, $75 for Non-phase – Phase A,
$100 for Phase B – Phase T.)
FOB: Recycled Paper Greetings Warehouse
Terms: Net 30 days

Prices and product availability subject to change.
02/01



720082-01

# GROUP EX. C





