IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KATHY DAVIS,<br><br>　　　　　Defendant. | No. 08 C 236<br><br>Judge Elaine B. Bucklo<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO:　Craig R. Annunziata
　　　Joel W. Rice
　　　Sisher & Phillips, LLP
　　　140 South Dearborn Street
　　　Suite 1000
　　　Chicago, IL 60603

　　　PLEASE TAKE NOTICE that on January 24, 2008 at 1:30 p.m.. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Room 1441, in the United States District Court, Northern District of Illinois, and then and there present the attached **Motion for Leave to File *Instanter* Response to Motion for Preliminary Injunction in Excess of 15 Pages**, a true and correct copy of which is herewith served upon you.

DATED: January 22, 2008

Respectfully submitted,

**KATHY DAVIS**

James V. Garvey
Frederic T. Knape
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005

By:　s/ James V. Garvey
　　　One of Her Attorneys

CHICAGO/#1737531.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Defendant's **Notice of Motion** and **Motion for Leave to File *Instanter* Response to Motion for Preliminary Injunction in Excess of 15 Pages** was served on:

Craig R. Annunziata
Joel W. Rice
Sisher & Phillips, LLP
140 South Dearborn Street
Suite 1000
Chicago, IL 60603

Via CM/ECF system and hand delivery

by 5:00 p.m. on January 22, 2008.

s/ James V. Garvey

CHICAGO/#1737531.1