IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation,  Plaintiff,  v.  KATHY DAVIS,  Defendant. | No. 08 C 236  Judge Elaine B. Bucklo  Magistrate Judge Morton Denlow |

## NOTICE OF FILING

TO:    Craig R. Annunziata                Steven Manchel
        Joel W. Rice                       Manchel & Brennan, P.C.
        Steven M. Miller                199 Wells Avenue, Suite 301
        Sisher & Phillips, LLP         Newton, Massachusetts 02459
        140 South Dearborn Street
        Suite 1000
        Chicago, IL 60603

      PLEASE TAKE NOTICE that on January 25, 2008, the foregoing **Defendant Kathy Davis' Objections to Proposed Order Granting Injunctive Relief** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a true and correct copy of which is herewith served upon you.

DATED: January 25, 2008                Respectfully submitted,

                                                **KATHY DAVIS**

James V. Garvey
Frederic T. Knape                        By:  s/ James V. Garvey
Vedder Price P.C.                             One of Her Attorneys
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005

CHICAGO/#1740634.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of **Defendant Kathy Davis' Objections to Proposed Order Granting Injunctive Relief** was served on:

| | |
|---|---|
| Craig R. Annunziata | Steven Manchel |
| Joel W. Rice | Manchel & Brennan, P.C. |
| Steven M. Miller | 199 Wells Avenue, Suite 301 |
| Sisher & Phillips, LLP | Newton, Massachusetts 02459 |
| 140 South Dearborn Street | |
| Suite 1000 | |
| Chicago, IL 60603 | |

Via CM/ECF system and First Class, U.S. Mail on January 25, 2008.

                        __s/ James V. Garvey_____