IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> KATHY DAVIS, <br><br> Defendant. | No. 08 C 236 <br><br> Judge Elaine B. Bucklo <br><br> Magistrate Judge Morton Denlow |

**EXHIBITS 1 AND 2 TO DEFENDANT KATHY DAVIS' OBJECTIONS
TO PROPOSED ORDER GRANTING INJUNCTIVE RELIEF**

# EXHIBIT 1

Case 1:08-cv-00236    Document 25    Filed 01/25/2008    Page 2 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

RECYCLED PAPER GREETINGS, INC.,
an Illinois corporation,

        plaintiff,

v.

KATHY DAVIS,

        defendant.

Case No. 08 C 236
Judge Elaine E. Bucklo

Magistrate Judge Morton Denlow

---

## PROPOSED ORDER GRANTING INJUNCTIVE RELIEF

Upon consideration of the Plaintiff's Motion for Preliminary Injunction, the Court hereby enters the following Order:

1. Until further order of this Court, Defendant Kathy Davis (including but not limited to any agent of Davis and anyone acting in concert with Davis) (collectively, "Davis"), shall not deliver for commercial sale to American Greetings or any other entity, "the collection of 60 Kathy Davis greeting cards" to be first sold in Target in early Spring 2008, as referenced in the Declaration of Kathy Davis at Paragraph 42;

2. Until further order of this Court, Davis shall continue to market her greeting card designs only in the same manner in which, until December 28, 2007, she marketed her greeting card designs. Specifically, Davis shall not market or permit her name, or the name "Scatter Joy" or the names "Signature Collection," "Showcase," or any combination of those names (collectively, the "Covered Names"), to be displayed in any store in which RPG sells greeting cards in any manner in which they are not now

displayed. It is the intention of the Court that the status quo, as regards the sale of Davis generated greeting cards, be maintained.

3. Davis shall not disclose to any third party, and shall return to RPG on or before five business days from the date of this Order, any confidential information of RPG. "Confidential information," for purposes of this Order, shall include but shall not be limited to information concerning the Signature Collection project that is the subject of this civil action. By way of example only, "Confidential Information" shall include: the amount of shelf space committed to the Collection; the number of card designs in the Collection; the actual designs chosen; the mix of those designs (birthday, love, congratulations, thank you); the in-store displays to be used in connection with the Collection; the location of the Collection in stores; and marketing strategy, sales goals and pricing information (collectively, the "Signature Collection Confidential Information").

4. In addition to the Signature Collection Confidential Information, Davis shall not disclose to any third party, and shall return to RPG on or before five business days from the date of this Order, any other confidential information of RPG, including but not limited to information about RPG's corporate operations.

SO ORDERED this ___ day of January, 2008.

_____
Honorable Elaine E. Bucklo
Judge, U.S. District Court
Northern District of Illinois, Eastern Division

# EXHIBIT 2

# EXHIBIT 2

Subject: Scatter Joy signage
Date: Tuesday, December 11, 2007 5:35 PM
From: Hoffman, Gretchen <Gretchen.Hoffman@recycled-greetings.com>
To: Kathy Davis <kathy@kathydavis.com>, "Kim@kathydavis.com" <Kim@kathydavis.com>, "john@kathydavis.com" <john@kathydavis.com>
Conversation: Scatter Joy signage

Hi all-

Just received word that there's a potential opportunity to do signage for this grouping now. We don't know for certain but we wanted to alert you so you could be thinking about some potential verbiage for the mid-tier strips.

With that in mind, here are some ideas Noelle came up with, and we'd like you to think about this too...
top tier: birthdays
mid tier: celebrations
bottom tier: this one is a tough one....anytime occasions or friendship

I am not certain when this decision will definitely be made, but I will check on that and let you know as soon as possible. Everyone I could ask is in a meeting at the moment!

Thanks!
Gretchen

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of **Exhibits 1 and 2 To Defendant Kathy Davis' Objections to Proposed Order Granting Injunctive Relief** was served on:

Craig R. Annunziata
Joel W. Rice
Fisher & Phillips, LLP
140 South Dearborn Street
Suite 1000
Chicago, IL 60603

Via CM/ECF system and hand delivery

by 5:00 p.m. on January 22, 2008.

                                                        s/ James V. Garvey