**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation,<br><br>　　　　　　plaintiff,<br><br>v.<br><br>KATHY DAVIS,<br><br>　　　　　　defendant. | Case No. 08 C 236<br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Morton Denlow |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
OBJECTIONS TO PROPOSED ORDER**

Plaintiff Recycled Paper Greetings, Inc. ("RPG") responds to the Defendant Kathy Davis' ("Davis") Objections to Proposed Order Granting Injunctive Relief, as follows:

In light of the Court's comments at the January 24, 2008 hearing, RPG agrees that the scope of the Court's Order should be no broader than the evidence in the record and the representations made in Court. To be clear, RPG states that it seeks only to restrain and enjoin Davis from marketing her greeting cards as a collection to Target.[1] To the extent that Paragraph 2 of RPG's Proposed Order is construed to be broader, this response shall modify and supersede the language of that Paragraph.[2]

---

[1] Referred to by Davis in her Objections as the "Customer".

[2] As to the remainder of Davis' Objections, RPG states that while it disagrees with Davis' contention that the Proposed Order fails to comply with Rule 65(d), the Proposed Order is simply that, a proposal, and the Court is free to exercise its discretion to enlarge or modify the language submitted by RPG.

Chicago 89511.1

As to the remainder of Davis' Objections, RPG states that while it disagrees with Davis' contention that the Proposed Order fails to comply with Rule 65(d), the Proposed Order is simply that, a proposal, and the Court is free to exercise its discretion to enlarge or modify the language submitted by RPG.

                                                          Respectfully submitted,

Dated: January 25, 2008                  RECYCLED PAPER GREETINGS, INC.,

                                        By:   /s/ Steve A. Miller
                                                      One of the Attorneys for Plaintiff

Craig R. Annunziata
Illinois Bar No. 6209487
Joel W. Rice
Illinois Bar No. 6186471
Steve A. Miller
Illinois Bar No. 6243506
FISHER & PHILLIPS, LLP
140 South Dearborn Street
Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven Manchel
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA 02459
(617) 796-8920

Chicago 89511.1

# CERTIFICATE OF SERVICE

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That, on January 25, 2008, I electronically filed the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION TO PROPOSED ORDER GRANTING INJUNCTIVE RELIEF** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> James Garvey, Esq.
> VEDDER PRICE, P.C.
> 222 North LaSalle Street
> Chicago, IL 60601

> /s/ Steve A. Miller
> Steve A. Miller