IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>KATHY DAVIS,<br><br>Defendant. | No. 08 C 236<br><br>Judge Elaine B. Bucklo<br><br>Magistrate Judge Morton Denlow |

### DEFENDANT KATHY DAVIS' MOTION TO DISMISS

Defendant Kathy Davis hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's Verified Complaint for Injunctive Relief and Other Relief, based upon Plaintiff's failure to state any claims. In support of her Motion, Davis is filing contemporaneously herewith a supporting memorandum.

WHEREFORE, Davis prays for entry of an Order (a) dismissing Plaintiff's Verified Complaint for Injunctive and Relief, (b) awarding Davis her costs of suit, and (c) granting such other relief as the Court deems appropriate.

DATED: January 30, 2008

James V. Garvey
Frederic T. Knape
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005

Respectfully submitted,

**KATHY DAVIS**

By:__s/James V. Garvey_____
One of Her Attorneys

CHICAGO/#1742318.1