IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation,<br><br>       Plaintiff,<br><br>v.<br><br>KATHY DAVIS,<br><br>       Defendant. | No. 08 C 236<br><br>Judge Elaine B. Bucklo<br><br>Magistrate Judge Morton Denlow |

### NOTICE OF MOTION

TO:   Craig R. Annunziata                       Steven Manchel
        Joel W. Rice                              Manchel & Brennan, P.C.
        Steven M. Miller                       199 Wells Avenue, Suite 301
        Sisher & Phillips, LLP                 Newton, Massachusetts 02459
        140 South Dearborn Street
        Suite 1000
        Chicago, IL 60603

     PLEASE TAKE NOTICE that on February 4, 2008 at 9:30 a.m.. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Room 1441, in the United States District Court, Northern District of Illinois, and then and there present Defendant's **Motion to Dismiss** and **Memorandum in Support of Motion to Dismiss**, true and correct copies of which are hereby served upon you.

DATED: January 30, 2008                        Respectfully submitted,

James V. Garvey                              **KATHY DAVIS**
Frederic T. Knape
Vedder Price P.C.
222 North LaSalle Street
Suite 2600                                           By:  s/ James V. Garvey_____
Chicago, Illinois 60601-1003                       One of Her Attorneys
T: (312) 609-7500
F: (312) 609-5005

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Defendant's **Motion to Dismiss** and **Memorandum in Support of Motion to Dismiss** were served on:

| | |
|---|---|
| Craig R. Annunziata<br>Joel W. Rice<br>Steven M. Miller<br>Sisher & Phillips, LLP<br>140 South Dearborn Street<br>Suite 1000<br>Chicago, IL 60603 | Steven Manchel<br>Manchel & Brennan, P.C.<br>199 Wells Avenue, Suite 301<br>Newton, Massachusetts 02459 |
| Via CM/ECF system | Via CM/ECF system |

by 5:00 p.m. on January 30, 2008.

\_\_s/ James V. Garvey_____