# GROUP EXHIBIT 1



**recycled paper products, inc.**

3636 north broadway
chicago, illinois 60613
(312) 348-6410

November 20, 1990

Ms. Kathy Davis
Box 1111
North Wales, Pennsylvania 19454

Dear Kathy:

We are delighted that you have decided to work with Recycled Paper Products, Inc. It is our mutual understanding that for a period of five (5) years ("the term") from the date of a signed agreement, you will provide ~~exclusively for RPP~~ designs, drawings and artwork, along with the accompanying text, if appropriate, for a line of cards/to be named "A Fine Line". This is characterized by loose watercolor illustrations with text (usually, but not necessarily, quotations) written in a distinctive printed style. In addition, you may submit cards of other styles on speculation. RPP shall obtain applicable copyrights in our name, but acknowledge that you shall continue to own all rights for the designs we choose to publish. In the event that the work goes out of print and RPP does not reprint the work within a five (5) year period, all rights will revert back to you.

[handwritten margin note: *w/c exclusively for RPP mark*]

As consideration for your agreement to provide us with the art, we will pay you, for all of your drawings and artwork which we use on our greeting cards and products, $200.00 as an advance against royalties for each accepted design to be applied to royalties at a flat five percent (5%) of net sales. The term "net sales" means our billing price less credits for trade discounts, returns and allowances.

Since most our discounts, returns and allowances are granted well after the time of initial shipment -- and, therefore, actual net sales are not known at the time of shipment -- we will pay your royalty to you as follows:

(1) On or before the 15th day of each month, we shall provide you with a monthly statement showing the previous month's total invoiced sales of each Recycled greeting card and/or product displaying the art;

Printed on 100% recycled paper.

 recycled paper products, inc.

3636 north broadway
chicago, illinois 60613
(312) 348-6410

(2) In order to account for future credits to be issued against shipments/invoices we will reserve fifteen percent (15%) against billed sales per quarter (which we believe will approximate net sales); at the end of each fiscal year (April 30), we will notify you as to the total amount of credits issued for discounts, returns and allowances, and make the appropriate adjustment between the amount reserved and the actual credits;

(3) We shall send you a quarterly statement on the 15th day following the end of each of the months of July, October, January and April, along with a check for the sum due you, as calculated above. You may reserve the right to audit royalty statements.

In the event that Recycled licenses the right to use the art to another person or company (i.e., the Ink Group in Australia), RPP shall pay you 50% of all net licensing fees received.

~~Finally, please understand that as an exclusive Recycled artist, while you are free to pursue other artistic endeavors, during the term you agree not to submit to any other North American greeting card company any designs, drawings or artwork suitable for use on greeting cards or related gift items, even if previously rejected by us, without our prior written permission. However, if during the second year of this agreement or any subsequent year thereafter, your royalty payments are less than $15,000.00, and if you make a request in writing within thirty (30) days after receiving your final royalty check for that year, we agree to release you from the exclusivity provisions of this agreement. You will, however, continue to be paid royalties on designs previously accepted by Recycled Paper Products as long as designs produce sales.~~ *lllclc*

This agreement shall be automatically renewed for 5 years ("the renewal term") if, during the fifth year of this agreement, Recycled has paid you royalties of $35,000.00 or more. During the renewal term, the royalty rate schedule and all other provisions of this agreement applicable during the term shall be applicable during the renewal term.

Printed on 100% recycled paper.

**recycled paper products, inc.**

3636 north broadway
chicago, illinois 60613
(312) 348-6410

If the provisions of this letter are satisfactory to you, please sign the duplicate letter enclosed on the line indicated below and return it to the undersigned. The date of your signature shall constitute the starting date of this agreement.

Very truly yours,

RECYCLED PAPER PRODUCTS, INC.

*[signature]*
Michael L. Keiser
Vice President

UNDERSTOOD, AGREED and ACCEPTED:

*[signature]*

Date: 11/30/90

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
(Social Security Number or
Corporate Identification Number)

MLK:ko

Printed on 100% recycled paper.



# RECYCLED
## Paper Greetings

October 17, 1995

Ms. Kathy Davis
1045 Limekiln Pike
Ambler, Pennsylvania 19002

Dear Kathy:

Inasmuch as our November 30, 1990 contract will automatically renew for another five years on November 30, 1995, you and I agreed to clarify the following issues and make this letter a part of our contract.

1. Because of our name change, this agreement is now between you and Recycled Paper Greetings, Inc. (RPG).

2. RPG shall obtain applicable copyrights in our name, but acknowledge that you shall continue to own all rights for the designs we choose to publish. In the event that the work goes out of print and RPG does not reprint the work within a five (5) year period, all rights will revert back to you.

3. Over the years we've modified our non-exclusive agreement as follows: RPG is definitely the primary greeting card publisher of your cards and you have avoided working with any companies that compete directly with RPG in the retail marketplace. We have mutually decided that your working with mail order companies such as Current and Lang create no conflict.

4. In the event that Phil and/or I are no longer the principal decision makers at RPG, or if there is a significant change in the business philosophy or marketing strategies of RPG, then KDD has the right to terminate this agreement, provided that RPG shall have the right to sell remaining inventory as long as full royalty is paid you.

5. You may purchase, for resale in your store(s) or catalog, our products bearing your designs at 50% less than our stated wholesale prices.

3636 N. Broadway • Chicago, IL 60613-4488 • (312) 348-6410
Printed on 100% Recycled Paper

Ms. Kathy Davis
October 17, 1995
Page Two

6. You acknowledge that the USA and Canada are RPG's primary markets. We currently distribute your designs in Australia, New Zealand, United Kingdom and EEC through an exclusive license with The Ink Group, Australia. Per our agreement, you receive 50% of the royalty paid us for your designs.

7. RPG will advance to KDD the sum of $200,000 on January 2, 1996, which will then be deducted from future statements.

Sincerely,

*Michael Keiser*

Michael L. Keiser

MLK/ko

UNDERSTOOD, AGREED AND ACCEPTED:

By: _____  Date: 10/23/95



RECYCLED
Paper Greetings

Printed on 100% Recycled Paper





# Kathy Davis
### DESIGNS

100 South Main Street

North Wales, PA 19454

Phone 215.661 1955

Fax 215.661 9052

design@kathydavis.com

www.kathydavis.com

January 13, 2000

Mike Keiser
RECYCLED PAPER GREETINGS
3636 North Broadway
Chicago, IL 60613

Dear Mike:

Please consider the following as a letter of agreement for the new Kathy Davis Designs divisions that utilize other artists, which we have previously discussed. (Tutti Frutti refers to the freelance division, Studio 100 refers to the in-house division.)

1. This agreement between Recycled Paper Greetings and Kathy Davis Designs, specifically pertains to two (2) new independent creative divisions called Tutti Frutti and Studio 100. These entities are owned by Kathy Davis Designs, Inc., however this agreement pertains specifically to these two new divisions.

2. Term- this letter of agreement is in effect from November 30, 1999 through November 30, 2000. (This term corresponds with the renewal date of the primary Kathy Davis Designs contract.) If the contract is not renewed, Recycled Paper Greetings shall have the right to continue selling successful designs provided that royalty payments for those designs continue, as well.

3. Territory- parties acknowledge that the primary territory shall be United States and Canada.

4. Royalty- shall be 5% of net sales as calculated for Kathy Davis Designs, payable to Kathy Davis Designs, Inc. Reporting: sales and royalty reports shall be created for each division in order to track sales activity.

5. Exclusivity- Recycled Paper Greetings shall be primary greeting card publisher for designs created for Tutti Frutti and Studio 100, however in the event that Recycled Paper Greetings does not accept submitted designs, Kathy Davis Designs shall have the right to submit said designs to other greeting card publishers.

6. Out of print- in the event works go out of print and are not reprinted within the next twelve (12) month period, rights will revert back to Kathy Davis Designs.

7. Repurchase- Kathy Davis Designs shall have the option to purchase Tutti Frutti and Studio 100 products for resale at 50% less than the Recycled Paper Greetings published wholesale prices.

Sincerely,

Kathy Davis

Understood, Agreed and Accepted:

Mike Keiser, Recycled Paper Greetings      3/6/00
                                            Date

**KATHY DAVIS DESIGNS, INC.**
**100 S. MAIN STREET**
**NORTH WALES, PA 19454**

December 1, 2000

Mr. Mike Keiser
Recycled Paper Greetings
3636 N. Broadway
Chicago, IL 60613-4488

RE: Licensing Addendum: Kathy Davis Designs (KDD)

Dear Mike:

As per our conversation, this letter shall serve as a written addendum for a five (5) year extension to the original License Agreement between Kathy Davis Designs (KDD) and Recycled Paper Greetings (RPG).

**Term:** With this extension, the new term shall be in effect from December 1, 2000 to November 30, 2004.

**Royalty Rate:** The royalty rate for all KDD greeting cards shall be increased to 6%, from the prior rate of 5%, effective as of the date of this addendum.

**Returns Percentage:** Customer returns charged against KDD's royalties will be capped at a maximum of 15% of gross royalties earned. Credits shall be taken annually, consistent with the RPG program currently place with other artists

**Advance against Future Royalties:** KDD shall receive an advance payment of $375,000 as an advance against future royalties paid by RPG. Payment shall be paid on or about January 15, 2001.

**Charitable Contributions:** RPG and KDD jointly agree to produce sub lines of cards within the KDD product lines, whereby a portion of the proceeds from sales are donated to a designated charity. Selected charities would be identified on the back of each card. KDD will also contribute a portion of royalties earned on these cards. The parties will agree on a maximum contribution amount per year, not to exceed $10,000 from each party.

**Advertising:** KDD asks all licensees to participate in at least two "cooperative" advertisements annually in selected gift and stationery magazines. This program is designed to provide exposure to all KDD licensees. RPG is asked to participate on a pro rata basis in this advertising program along with the other KDD licensees.

**Design Equipment:** RPG will fully reimburse KDD for the purchase of an additional Mac workstation, which will be dedicated to RPG products. This equipment would be purchased in lieu of the original proposal suggested by you to purchase scanning equipment.

@005/012

01/14/2008 MON 16:28 FAX

KATHY DAVIS DESIGNS, INC.
100 S. MAIN STREET
NORTH WALES, PA 19454

Licensing Addendum
December 1, 2000
p.2

If the above terms and conditions represent your understanding between the parties, please acknowledge by signing below. Thank you for your continued support. We look forward to another 5 years of growth and mutual prosperity.

Sincerely,

Peter C. Walts
Vice President

We hereby acknowledge the above terms and conditions and accept this letter as an addendum to the Licensing Agreement between RPG and KDD.

_____  12/11/00        _____  12/20/00
Mike Keiser, RPG         Date              Kathy Davis, KDD        Date




**Kathy Davis**
S T U D I O S

1126 Horsham Road - Suite B-1

Ambler, PA 19002

Phone 215 654 6466

fax 215 654 1323

design@kathydavis.com

www.kathydavis.com

March 22, 2006

Mr. Mike Keiser
Recycled Paper Greetings
3636 N. Broadway
Chicago, IL 60610

RE: Letter of Agreement for Kathy Davis Studios License Renewal

Dear Mike:

As per our previous discussions, this letter will serve as a written Letter Agreement to extend the Kathy Davis Studios license with Recycled Paper Greeting based on the below terms and conditions:

- **License:** KDS shall provide to RPG a license to reproduce the images (hereinafter referred to as the "Designs") on greeting cards (the "Products"). The Designs shall comprise the artwork specifically created by Kathy Davis, the artist, and other artwork created by Kathy Davis Studios (hereinafter collectively described as "KDS")

- **Territory:** This license shall be for the English language only, and limited to distribution within the US and its territories. At the time of this license, the parties have also agreed to a sublicense of the "Designs" for distribution in the United Kingdom and Australia (UK/Aus Sub License). Fees for this sublicense shall be shared equally between the parties. This Sub License shall be considered co-terminus with the License. KDS hereby reserves all rights to other languages, in all formats and styles, included but not limited to those Products described in the License.

- **Term and Termination:** To begin retroactively as of January 1, 2006 and continue for a period of 7 years. KDS shall have the right to terminate this agreement, upon the first and second anniversary dates of the agreement (hereinafter called "Phase I"). Right to terminate shall be at the sole discretion of KDS, based on an assessment of the working relationship between KDS and RPG, and the impact of any changes in the management or policies of RPG. KDS shall also have the right to terminate this agreement with a 60-day notice at any time during the term of this agreement upon a change of control in RPG ownership defined as more than 50% of shares being purchased by a new owner.

  - **Sell Off Period:** If KDS exercises its right to terminate the agreement based on the provisions, then RPG shall have the following sell off period for existing KDS inventory:

    - Everyday cards:    1 year from termination date
    - Seasonal Cards:    2 years from the termination date

  - **Non-Production:** RPG shall not produce any inventory that would result in the extension of this sell off date. During the sell of period, KDS shall continue to receive the full royalty on all cards sold throughout the termination date.

March 22, 2006
Page 2

- **Discount Sales:** RPG agrees not to invoke any significant discounts below the normal sales price for its everyday line of cards during the disposition of any remaining inventory from KDS.

- **Royalty Rate:** The royalty rate for all Products designed, developed, or distributed either directly or indirectly by RPG using the Licensed Images of KDS shall be 7.0% of the wholesale selling price.

- **Returns Percentage:** Customer returns charged against KDS earned royalties should be no more than 15% of gross royalties earned for the duration of this License. Should this returns percentage be adjusted downward for any reason, then this percentage shall be adjusted accordingly for KDS.

- **Marketing and Promotional Fee:** RPG shall pay KDS a marketing and promotional fee equal to 1% of KDS annual sales to support KDS trade shows, PR, packaging, advertising, marketing, studio support, collateral materials, licensee relations, etc. This fee shall be paid within 30 days of the end of each royalty period.

- **Annual Advance:** RPG shall pay KDS an annual advance equal to 50% of the previous year's royalties.

- **Equity:** RPG has granted stock options at a zero cost basis to Kathy Davis, an individual, as illustrated in Exhibit A of this Letter Agreement. Kathy Davis has accepted the grant of these options, pursuant to the review and execution of the required legal documentation.

- **Dedicated Resource:** In lieu of the dedicated RPG resource, KDS shall hire a new senior manager, who will work on a regular basis with RPG staff and design team. This person would need to travel regularly to RPG to serve as a catalyst for new design growth and also help ensure our shared goals are reached with regards to marketing and product development. KDS shall fund the partial costs for this person from the Marketing and Promotional fees described above.

- **Creative Control:** The Kathy Davis everyday designed lines(s), described by RPG as KDAV, shall be submitted by KDS with a minimum quantity of 10 new cards per month. RPG shall guarantee that at least 10 new cards shall be introduced into the RPG everyday line as firm release.

- **Permanent Branded Collection:** KDS will design and maintain a permanent branded collection of Kathy Davis cards. RPG agrees to maintain this permanent branded collection for the duration of its Licensing Agreement with KDS. A model for the initial and subsequent additions to this line shall be as follows:
    - Initial Launch -              36 images within 6 months
    - Second installment –          72 images within 1 year
    - Permanent Installment -       144 images within 24 months and maintained throughout the duration of the License

- **Key Account Relationships** – KDS shall have the option to be actively involved in the design, development, and presentation of new products and introductions to all key accounts for RPG (such as Target, Walgreen's) whereby RPG is promoting new designs from KDS. Such activities may include vendor briefings; meetings, trade shows, and exhibitions where RPG and such key accounts are meeting to discuss aspects of the business that involves KDS.

March 22, 2006
Page 3

- **Right to Pursue** - RPG acknowledges that in the event that they choose not to participate with KDS in a specific new product development or new business initiative within the core greeting card license (e.g.: greeting card kits for QVC), then KDS shall be free to pursue these opportunities.

- **Business Terms** — All other business terms, procedures, and working relationships and business understandings that have been in place between the parties from their previous license shall continue to remain in force, unless superceded by new terms agreed to in this Letter Agreement.

I am very pleased and excited continue to be a part of the Recycled Paper team, and look forward to continuing a long and mutually beneficial relationship.

Sincerely,

Kathy Davis
President/ CEO

I hereby acknowledge and accept the above terms and conditions and sign below to authorize this agreement on behalf of Recycled Paper Greetings.

Mike Keiser                                4/6/06
                                           Date