# EXHIBIT 2





Kathy Davis
STUDIOS

1126 Horsham Road · Suite B-1

Ambler, PA 19002

Phone 215 654 0000

Fax 215 654 1223

design@kathydavis.com

www.kathydavis.com

March 22, 2006

Mr. Mike Keiser
Recycled Paper Greetings
3636 N. Broadway
Chicago, IL 60610

RE: Letter of Agreement for Kathy Davis Studios License Renewal

Dear Mike:

As per our previous discussions, this letter will serve as a written Letter Agreement to extend the Kathy Davis Studios license with Recycled Paper Greeting based on the below terms and conditions:

- **License:** KDS shall provide to RPG a license to reproduce the images (hereinafter referred to as the "Designs") on greeting cards (the "Products"). The Designs shall comprise the artwork specifically created by Kathy Davis, the artist, and other artwork created by Kathy Davis Studios (hereinafter collectively described as "KDS")

- **Territory:** This license shall be for the English language only, and limited to distribution within the US and its territories. At the time of this license, the parties have also agreed to a sublicense of the "Designs" for distribution in the United Kingdom and Australia (UK/Aus Sub License). Fees for this sublicense shall be shared equally between the parties. This Sub License shall be considered co-terminus with the License. KDS hereby reserves all rights to other languages, in all formats and styles, included but not limited to those Products described in the License.

- **Term and Termination:** To begin retroactively as of January 1, 2006 and continue for a period of 7 years. KDS shall have the right to terminate this agreement, upon the first and second anniversary dates of the agreement (hereinafter called "Phase I"). Right to terminate shall be at the sole discretion of KDS, based on an assessment of the working relationship between KDS and RPG, and the impact of any changes in the management or policies of RPG. KDS shall also have the right to terminate this agreement with a 60-day notice at any time during the term of this agreement upon a change of control in RPG ownership defined as more than 50% of shares being purchased by a new owner.

  - **Sell Off Period:** If KDS exercises its right to terminate the agreement based on the provisions, then RPG shall have the following sell off period for existing KDS inventory:

    - Everyday cards:    1 year from termination date
    - Seasonal Cards:    2 years from the termination date

- **Non-Production:** RPG shall not produce any inventory that would result in the extension of this sell off date. During the sell off period, KDS shall continue to receive the full royalty on all cards sold throughout the termination date.

March 22, 2006
Page 2

- **Discount Sales:** RPG agrees not to invoke any significant discounts below the normal sales price for its everyday line of cards during the disposition of any remaining inventory from KDS.

- **Royalty Rate:** The royalty rate for all Products designed, developed, or distributed either directly or indirectly by RPG using the Licensed Images of KDS shall be 7.0% of the wholesale selling price.

- **Returns Percentage:** Customer returns charged against KDS earned royalties should be no more than 15% of gross royalties earned for the duration of this License. Should this returns percentage be adjusted downward for any reason, then this percentage shall be adjusted accordingly for KDS.

- **Marketing and Promotional Fee:** RPG shall pay KDS a marketing and promotional fee equal to 1% of KDS annual sales to support KDS trade shows, PR, packaging, advertising, marketing, studio support, collateral materials, licensee relations, etc. This fee shall be paid within 30 days of the end of each royalty period.

- **Annual Advance:** RPG shall pay KDS an annual advance equal to 50% of the previous year's royalties.

- **Equity:** RPG has granted stock options at a zero cost basis to Kathy Davis, an individual, as illustrated in Exhibit A of this Letter Agreement. Kathy Davis has accepted the grant of these options, pursuant to the review and execution of the required legal documentation.

- **Dedicated Resource:** In lieu of the dedicated RPG resource, KDS shall hire a new senior manager, who will work on a regular basis with RPG staff and design team. This person would need to travel regularly to RPG to serve as a catalyst for new design growth and also help ensure our shared goals are reached with regards to marketing and product development. KDS shall fund the partial costs for this person from the Marketing and Promotional fees described above.

- **Creative Control:** The Kathy Davis everyday designed lines(s), described by RPG as KDAV, shall be submitted by KDS with a minimum quantity of 10 new cards per month. RPG shall guarantee that at least 10 new cards shall be introduced into the RPG everyday line as firm release.

- **Permanent Branded Collection:** KDS will design and maintain a permanent branded collection of Kathy Davis cards. RPG agrees to maintain this permanent branded collection for the duration of its Licensing Agreement with KDS. A model for the initial and subsequent additions to this line shall be as follows:
    - Initial Launch -        36 images within 6 months
    - Second installment -    72 images within 1 year
    - Permanent Installment - 144 images within 24 months and maintained throughout the duration of the License

- **Key Account Relationships** – KDS shall have the option to be actively involved in the design, development, and presentation of new products and introductions to all key accounts for RPG (such as Target, Walgreen's) whereby RPG is promoting new designs from KDS. Such activities may include vendor briefings, meetings, trade shows, and exhibitions where RPG and such key accounts are meeting to discuss aspects of the business that involves KDS.

March 22, 2006
Page 3

- **Right to Pursue** - RPG acknowledges that in the event that they choose not to participate with KDS in a specific new product development or new business initiative within the core greeting card license (e.g.: greeting card kits for QVC), then KDS shall be free to pursue these opportunities.

- **Business Terms** – All other business terms, procedures, and working relationships and business understandings that have been in place between the parties from their previous license shall continue to remain in force, unless superceded by new terms agreed to in this Letter Agreement.

I am very pleased and excited continue to be a part of the Recycled Paper team, and look forward to continuing a long and mutually beneficial relationship.

Sincerely,

Kathy Davis
President/ CEO

I hereby acknowledge and accept the above terms and conditions and sign below to authorize this agreement on behalf of Recycled Paper Greetings.

Mike Keiser            4/6/06
                       Date