IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation, | |
| Plaintiff, | No. 08 C 236 |
| v. | Judge Elaine B. Bucklo |
| KATHY DAVIS, | Magistrate Judge Morton Denlow |
| Defendant. | |

## NOTICE OF FILING

TO:  Craig R. Annunziata          Steven Manchel
     Joel W. Rice                 Manchel & Brennan, P.C.
     Sisher & Phillips, LLP       199 Wells Avenue, Suite 301
     140 South Dearborn Street    Newton, Massachusetts 02459
     Suite 1000
     Chicago, IL 60603

PLEASE TAKE NOTICE that on February 1, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Counterclaim for Damages**, a true and correct copy of which is herewith served upon you.

DATED: February 1, 2008                    Respectfully submitted,

                                           **KATHY DAVIS**

James V. Garvey
Frederic T. Knape                          By:  s/ James V. Garvey
Vedder Price P.C.                               One of Her Attorneys
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of Defendant's **Notice of Filing** and **Counterclaim for Damages** was served on:

| | |
|---|---|
| Craig R. Annunziata | Steven Manchel |
| Joel W. Rice | Manchel & Brennan, P.C. |
| Fisher & Phillips, LLP | 199 Wells Avenue, Suite 301 |
| 140 South Dearborn Street | Newton, Massachusetts 02459 |
| Suite 1000 | |
| Chicago, IL 60603 | |
| | |
| Via CM/ECF system | Via CM/ECF system |

by 5:00 p.m. on February 1, 2008.


　　　　　　　　　　　　　　　　　　　　　__s/ James V. Garvey_____