# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Recycled Paper Greetings, Inc.
                            Plaintiff,

v.                                                    Case No.: 1:08−cv−00236
                                                        Honorable Elaine E. Bucklo

Kathy Davis
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 1, 2008:

       MINUTE entry before Judge Elaine E. Bucklo : RPG's motion for temporary restraining order is denied. RPG's motion for preliminary injunction (6) is entered and continued pending the completion of expedited discovery. See Memorandum Opinion and Order for details.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.