# EXHIBIT F



# MANCHEL BRENNAN
COUNSELLORS AT LAW

February 8, 2008

**VIA FACSIMILE NO. (312) 609-5005**
**AND REGULAR U.S. MAIL**

Frederic T. Knape, Esq.
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

Re:   <u>Recycled Paper Greetings, Inc. v. Kathy Davis</u>

Dear Fred:

This is in response to your letter dated February 7, 2008, regarding alleged deficiencies in RPG's discovery responses and supplemental responses.

Your contentions that our combined responses are somehow evasive, deficient, non-responsive and/or incomplete are without merit. We provided you with initial responses within seven days (five business days) of your requests, then supplemented our production to provide you with additional information that was not available within the limited time frame of our initial responses. We have also provided to you, subject to our objections, all non-privileged documents in our possession that are responsive to your requests. Except as noted below, we have made our objections and do not intended to supplement our responses again.

Our client is searching again for communications between it and Target, and I will let you know as soon as possible if anything new is discovered. If so, we will produce it. It appears, however, that all discussions with Target regarding the Signature Collection were conducted in person or over the telephone. We have not found any documents to or from Target regarding Ms. Davis or the Collection.

As regards requests pertaining to "other artists," our objections are noted. Although we understand the purpose and intent of your requests, the subject of the litigation is so narrow that information regarding other artists and/or their agreements is irrelevant and is not reasonably calculated to lead to the discovery of admissible evidence. This case is not about a collection of greeting cards, generally, but rather a specific collection that was unique to RPG and Ms. Davis. As such, we stand firm in objecting to requests for documents and information pertaining to other artists.

We will be more than happy to speak with you next week to resolve any disputes regarding discovery matters, as well as to establish a schedule for depositions of RPG employees.

Yours very truly,

John K. Wells