# EXHIBIT G

| | |
|---|---|
| From: | FREDERIC KNAPE |
| To: | jwells@manchelbrennan.com |
| Date: | 2/8/2008 3:26:42 PM |
| Subject: | RE: RPG v. Davis |

John:

I am in receipt of the letter you sent today wherein you indicate that "we have made our objections and do not intended [sic] to supplement our responses again." Unfortunately, it is obvious that we will be unable to resolve our differences or reach an accord with respect to the deficiencies in RPG's interrogatory answers and document production.

These matters, which relate specifically to RPG's motion for preliminary injunctive relief, have been outstanding now for over a week. Given the necessity for us to have the requested information before deposing your client and to enable us to issue appropriately tailored subpoenas to Target, we cannot delay further for a conversation on Tuesday that, as you now make clear, will not resolve these matters. At this point, we have no choice but to file a motion to compel.

In the meantime, please have your client sign the previously submitted
answers and supplemental answers to interrogatories in accordance with FRCP 33(b)(2), and produce the omitted page 11 of the email trail appearing on RPG 1689-90.

Regards,

Fred

>>> "John K. Wells" <jwells@manchelbrennan.com> 2/8/2008 10:32 AM >>>
Unfortunately Steve and I are both out on Monday at hearings.

-----Original Message-----
From: FREDERIC KNAPE [mailto:fknape@vedderprice.com]
Sent: Friday, February 08, 2008 11:28 AM
To: jwells@manchelbrennan.com
Subject: RE: RPG v. Davis


John:

Given the urgency to resolve these discovery issues, can we speak on Monday?


Fred

>>> "John K. Wells" <jwells@manchelbrennan.com> 2/8/2008 10:08 AM >>>
Fred,

I am finishing a response to the letter you sent yesterday, but we are not
available this afternoon for a call. We will be available on Tuesday, so
perhaps we could speak then.

As to the depositions, we did get the notice yesterday afternoon, and have
sent it to the client to determine availability. Feb. 18 is a holiday, so
that date will not work. I also believe that Steve has a commitment on the
19th. I think we could start on the 20th and go from there, but that is
subject to individual availability. Mike Keiser is unavailable during the

period the depositions were noticed. Once I have a better idea from the
client when various employees are and are not available, we can set a final
schedule. We will make all of the noticed deponents available in the general
time frame that you specified.

Thanks,
John


-----Original Message-----
From: FREDERIC KNAPE [mailto:fknape@vedderprice.com]

Sent: Friday, February 08, 2008 10:50 AM
To: jwells@manchelbrennan.com

Cc: jrice@laborlawyers.com; smanchel@manchelbrennan.com

Subject: RPG v. Davis


John:

Can you please confirm whether we are going to have a call today at 1:30 CST
to address the outstanding discovery issues raised in our letters dated
January 31, 2007 and February 7, 2008.

Also, we would like to get date availability for your clients as soon as
possible pursuant to our Amended Notice of Depositions.

Thank you,

Fred

Frederic T. Knape
Vedder, Price, Kaufman & Kammholz
222 North LaSalle Street
Chicago, Illinois 60601-1003
312-609-7559
312-609-5005 (facsimile)
fknape@vedderprice.com

CONFIDENTIALITY NOTE:
This e-mail is intended only for the use of the individual or entity to
which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law.  If the reader
of this e-mail message is not the intended recipient, or the employee or
agent responsible for delivery of the message to the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this
communication is prohibited.  If you have received this e-mail in error,
please notify us immediately by telephone at (312) 609-5038 and also
indicate the sender's name.  Thank you.