# EXHIBIT H

**From:** JIM GARVEY
**To:** smanchel@manchelbrennan.com
**Date:** 1/24/2008 2:58:37 PM
**Subject:** RPG v. Davis

Steve:

Further to the proceedings in court today, I am confirming that Davis/KDI do not know what signage, if any, has been agreed to by Target for this set of cards. In fact, on or about October 4, 2007, RPG told Davis/KDI that the only signage Target would approve was pocket headers. Those headers contained no reference to "Scatter Joy". Then, on December 11, 2007, RPG informed Davis/KDI that RPG had "[j]ust received word that there's a potential opportunity to do signage . . . ." However, RPG never subsequently informed Davis/KDI of the signage, if any, that Target actually approved.

Accordingly, please provide us immediately color copies of any and all signage that Target has approved for this set of cards. This includes, without limitation, any and all approved card headers, strip signs (e.g., mid-tiers)), and any other signage of any kind (e.g., perpendiculars, etc.). Please also provide us immediately copies of all agreements with Target showing approval for any such signage.

Obviously, this information is directly relevant to the scope of any potential injunction or agreement in this action.

Finally, please send us (or have your local counsel send us) immediately a copy of the revised proposed injunction order you indicated in court that you submitted this morning.

Thank you,

Jim Garvey


**CC:**       cannunziata@laborlawyers.com;   jrice@laborlawyers.com;   KNAPE, FREDERIC; smiller@laborlawyers.com