IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KATHY DAVIS,<br><br>　　　　　Defendant. | No. 08 C 236<br><br>Judge Elaine B. Bucklo<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

TO:　Craig R. Annunziata　　　　　Steven Manchel
　　　Joel W. Rice　　　　　　　　　Manchel & Brennan, P.C.
　　　Steven M. Miller　　　　　　　199 Wells Avenue, Suite 301
　　　Sisher & Phillips, LLP　　　　　Newton, Massachusetts 02459
　　　140 South Dearborn Street
　　　Suite 1000
　　　Chicago, IL 60603

　　　PLEASE TAKE NOTICE that on February 14, 2008 at 9:30 a.m.. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Room 1441, in the United States District Court, Northern District of Illinois, and then and there present Defendant's **Motion to Compel**, a true and correct copy of which is hereby served upon you.

DATED: February 11, 2008                    Respectfully submitted,

                                                               **KATHY DAVIS**

James V. Garvey  
Frederic T. Knape                             By:   s/ James V. Garvey_____  
Vedder Price P.C.                                    One of Her Attorneys  
222 North LaSalle Street  
Suite 2600  
Chicago, Illinois 60601-1003  
T: (312) 609-7500  
F: (312) 609-5005

CHICAGO/#1746307.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that true and correct copies of Defendant's **Notice of Motion** and **Motion to Compel** were served on:

| | |
|---|---|
| Craig R. Annunziata | Steven Manchel |
| Joel W. Rice | Manchel & Brennan, P.C. |
| Steven M. Miller | 199 Wells Avenue, Suite 301 |
| Sisher & Phillips, LLP | Newton, Massachusetts 02459 |
| 140 South Dearborn Street | |
| Suite 1000 | |
| Chicago, IL 60603 | |
| | |
| Via CM/ECF system | Via CM/ECF system |

by 5:00 p.m. on February 11, 2008.

                                                                    __s/ James V. Garvey_____