UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Recycled Paper Greetings, Inc.
        Plaintiff,

v.               Case No.: 1:08−cv−00236
               Honorable Elaine E. Bucklo

Kathy Davis
        Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Morton Denlow for the purpose of holding proceedings related to: all discovery motions including motion to compel[43].(mpj, )Mailed notice.


Dated: February 12, 2008

                    /s/ Elaine E. Bucklo

                    United States District Judge