IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KATHY DAVIS,<br><br>    Defendant. | No. 08 C 236<br><br>Judge Elaine B. Bucklo<br><br>Magistrate Judge Morton Denlow |

## AMENDED NOTICE OF MOTION

TO:  Craig R. Annunziata        Steven Manchel
     Joel W. Rice               Manchel & Brennan, P.C.
     Steven M. Miller           199 Wells Avenue, Suite 301
     Sisher & Phillips, LLP     Newton, Massachusetts 02459
     140 South Dearborn Street
     Suite 1000
     Chicago, IL 60603

PLEASE TAKE NOTICE that on February 20, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Morton Denlow, or any judge sitting in his stead, in Room 1350, in the United States District Court, Northern District of Illinois, and then and there present Defendant's **Motion to Compel**, a true and correct copy of which has already been served upon you.

DATED: February 13, 2008                Respectfully submitted,

                                        **KATHY DAVIS**

James V. Garvey
Frederic T. Knape                       By:  s/ James V. Garvey
Vedder Price P.C.                            One of Her Attorneys
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005

CHICAGO/#1747105.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of Defendant's **Amended Notice of Motion** was served on:

| | |
|---|---|
| Craig R. Annunziata | Steven Manchel |
| Joel W. Rice | Manchel & Brennan, P.C. |
| Steven M. Miller | 199 Wells Avenue, Suite 301 |
| Sisher & Phillips, LLP | Newton, Massachusetts 02459 |
| 140 South Dearborn Street | |
| Suite 1000 | |
| Chicago, IL 60603 | |
| | |
| Via CM/ECF system | Via CM/ECF system |

by 5:00 p.m. on February 13, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　__s/ James V. Garvey_____