# EXHIBIT B

| **From:** | "John K. Wells" <jwells@manchelbrennan.com> |
|---|---|
| **To:** | "'JIM GARVEY'" <jgarvey@vedderprice.com> |
| **Date:** | 2/6/2008 4:29 PM |
| **Subject:** | Correspondence |
| **CC:** | "'FREDERIC KNAPE'" <fknape@vedderprice.com> |

Jim,

Please see the attached letter. To this, we would also add that John Mavrakis indicated during his deposition today that terms in the American Greetings license agreement were standard in the greeting card industry. We cannot evaluate or challenge that claim without sharing the designated documents with our client.

Best regards,

John K. Wells, Esq.
Manchel & Brennan, P.C.
199 Wells Avenue
Suite 301
Newton, MA  02459
(617) 796-8920
Fax:  (617) 796-8921
jwells@manchelbrennan.com
www.manchelbrennan.com

THE INFORMATION CONTAINED IN THIS ELECTRONIC TRANSMISSION IS ATTORNEY/CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT, AND/OR CONFIDENTIAL OR PROPRIETARY OR TRADE SECRET INFORMATION INTENDED ONLY FOR THE USE AND VIEWING OF THE ABOVE NAMED RECIPIENT.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS TRANSMISSION IS STRICTLY PROHIBITED AND THAT IF THIS MESSAGE WAS RECEIVED BY YOU IN ERROR, PLEASE CONTACT THE SENDER BY TELEPHONE (617) 796-8920, RETURN THIS TRANSMISSION, AND DESTROY ALL COPIES OF THE SAME IN YOUR POSSESSION.



# MANCHEL BRENNAN

COUNSELLORS AT LAW

February 6, 2008

**VIA EMAIL AND**
**REGULAR U.S. MAIL**

James Garvey, Esq.
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

      Re:    <u>Recycled Paper Greetings, Inc. v. Kathy Davis</u>

Dear Jim:

      Please accept this letter as Recycled Paper Greetings, Inc.'s attempt to resolve a dispute as to the designation of discovery materials as "Confidential – Attorneys' Eyes Only." Pursuant to Paragraph 12 of the Confidentiality Agreement and Protective Order ("the Agreement"), counsel shall endeavor in good faith to resolve disputes by extrajudicial means within five days of written notice of a dispute. This correspondence shall start that five-day clock.

      The documents in dispute are DAVIS 0032-00047, DAVIS 0048-0050, DAVIS 0517-0530, DAVIS 0544-0558, and any and all other draft licensing agreements exchanged by and between KDI and American Greetings. (I am preparing this letter in Boston, but am aware that you have produced additional draft agreements to Steve Manchel at the depositions in Philadelphia. Those are to be included within this request.) These documents, taken together, memorialize the evolving proposed terms of agreement between KDI and American Greetings.

      As you know, RPG contends in the Verified Complaint that Davis shopped the Scatter Joy Signature Collection to American Greetings in November or December of 2007. You represented to Judge Bucklo at the hearing on RPG's Motion for Temporary Restraining Order on January 24, 2008 that this was not the case. Davis declared, under oath, that American Greetings was advised it could not have the sixty cards that were slated for the Signature Collection. We believe a number of representations made to the Court were knowingly false and that various drafts of the proposed American Greetings licensing agreement reflect that fact. We cannot, however, make that determination without our client's advice.

Manchel & Brennan, P.C.  199 Wells Ave., Suite 301, Newton, MA 02459   Tel 617-796-8920   Fax 617-796-8921  www.manchelbrennan.com

It is therefore necessary for us to share the documents discussed herein with our client and its executive officers.

We look forward to your prompt response.

Yours very truly,

John K. Wells

cc:    Steve Manchel, Esq.