recycled paper products, inc.

3636 north broadway
chicago, Illinois 60613
(312) 348-6410

November 20, 1990

Ms. Kathy Davis
Box 1111
North Wales, Pennsylvania 19454

Dear Kathy:

We are delighted that you have decided to work with Recycled Paper Products, Inc. It is our mutual understanding that for a period of five (5) years ("the term") from the date of a signed agreement, you will provide ~~exclusively for RPP~~ designs, drawings and artwork, along with the accompanying text, if appropriate, for a line of cards/to be named "A Fine Line". This is characterized by loose watercolor illustrations with text (usually, but not necessarily, quotations) written in a distinctive printed style. In addition, you may submit cards of other styles on speculation. RPP shall obtain applicable copyrights in our name, but acknowledge that you shall continue to own all rights for the designs we choose to publish. In the event that the work goes out of print and RPP does not reprint the work within a five (5) year period, all rights will revert back to you.

[handwritten margin note: "will exclusively for RPP Mark"]

As consideration for your agreement to provide us with the art, we will pay you, for all of your drawings and artwork which we use on our greeting cards and products, $200.00 as an advance against royalties for each accepted design to be applied to royalties at a flat five percent (5%) of net sales. The term "net sales" means our billing price less credits for trade discounts, returns and allowances.

Since most our discounts, returns and allowances are granted well after the time of initial shipment -- and, therefore, actual net sales are not known at the time of shipment -- we will pay your royalty to you as follows:

(1) On or before the 15th day of each month, we shall provide you with a monthly statement showing the previous month's total invoiced sales of each Recycled greeting card and/or product displaying the art;



**recycled paper products, inc.**

3636 north broadway
chicago, Illinois 60613
(312) 348-6410

(2) In order to account for future credits to be issued against shipments/invoices we will reserve fifteen percent (15%) against billed sales per quarter (which we believe will approximate net sales); at the end of each fiscal year (April 30), we will notify you as to the total amount of credits issued for discounts, returns and allowances, and make the appropriate adjustment between the amount reserved and the actual credits;

(3) We shall send you a quarterly statement on the 15th day following the end of each of the months of July, October, January and April, along with a check for the sum due you, as calculated above. You may reserve the right to audit royalty statements.

In the event that Recycled licenses the right to use the art to another person or company (i.e., the Ink Group in Australia), RPP shall pay you 50% of all net licensing fees received.

~~Finally, please understand that as an exclusive Recycled artist, while you are free to pursue other artistic endeavors, during the term you agree not to submit to any other North American greeting card company any designs, drawings or artwork suitable for use on greeting cards or related gift items, even if previously rejected by us, without our prior written permission. However, if during the second year of this agreement or any subsequent year thereafter, your royalty payments are less than $15,000.00, and if you make a request in writing within thirty (30) days after receiving your final royalty check for that year, we agree to release you from the exclusivity provisions of this agreement. You will, however, continue to be paid royalties on designs previously accepted by Recycled Paper Products as long as designs produce sales.~~ MJCJC

This agreement shall be automatically renewed for 5 years ("the renewal term") if, during the fifth year of this agreement, Recycled has paid you royalties of $35,000.00 or more. During the renewal term, the royalty rate schedule and all other provisions of this agreement applicable during the term shall be applicable during the renewal term.

Printed on 100% recycled paper.



**recycled paper products, inc.**

3636 north broadway
chicago, illinois 60613
(312) 348-6410

If the provisions of this letter are satisfactory to you, please sign the duplicate letter enclosed on the line indicated below and return it to the undersigned. The date of your signature shall constitute the starting date of this agreement.

Very truly yours,

RECYCLED PAPER PRODUCTS, INC.

Michael L. Keiser
Vice President

UNDERSTOOD, AGREED and ACCEPTED:

Date: 11/30/90

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
(Social Security Number or Corporate Identification Number)

MLK:ko

Printed on 100% recycled paper.