

# RECYCLED
## Paper Greetings

October 17, 1995

Ms. Kathy Davis
1045 Limekiln Pike
Ambler, Pennsylvania 19002

Dear Kathy:

Inasmuch as our November 30, 1990 contract will automatically renew for another five years on November 30, 1995, you and I agreed to clarify the following issues and make this letter a part of our contract.

1. Because of our name change, this agreement is now between you and Recycled Paper Greetings, Inc. (RPG).

2. RPG shall obtain applicable copyrights in our name, but acknowledge that you shall continue to own all rights for the designs we choose to publish. In the event that the work goes out of print and RPG does not reprint the work within a five (5) year period, all rights will revert back to you.

3. Over the years we've modified our non-exclusive agreement as follows: RPG is definitely the primary greeting card publisher of your cards and you have avoided working with any companies that compete directly with RPG in the retail marketplace. We have mutually decided that your working with mail order companies such as Current and Lang create no conflict.

4. In the event that Phil and/or I are no longer the principal decision makers at RPG, or if there is a significant change in the business philosophy or marketing strategies of RPG, then KDD has the right to terminate this agreement, provided that RPG shall have the right to sell remaining inventory as long as full royalty is paid you.

5. You may purchase, for resale in your store(s) or catalog, our products bearing your designs at 50% less than our stated wholesale prices.

3636 N. Broadway • Chicago, IL 60613-4488 • (312) 348-6410
Printed on 100% Recycled Paper

Ms. Kathy Davis
October 17, 1995
Page Two

6.  You acknowledge that the USA and Canada are RPG's primary markets. We currently distribute your designs in Australia, New Zealand, United Kingdom and EEC through an exclusive license with The Ink Group, Australia. Per our agreement, you receive 50% of the royalty paid us for your designs.

7.  RPG will advance to KDD the sum of $200,000 on January 2, 1996, which will then be deducted from future statements.

Sincerely,

Michael L. Keiser

MLK/ko

UNDERSTOOD, AGREED AND ACCEPTED:

By: _____  Date: 10/23/95


RECYCLED Paper Greetings
Printed on 100% Recycled Paper





Kathy Davis
D E S I G N S

100 South Main Street

North Wales, PA 19454

Phone 215.661-1555

Fax 215.651-9692

design@kathydavis.com

www.kathydavis.com

January 13, 2000

Mike Keiser
RECYCLED PAPER GREETINGS
3636 North Broadway
Chicago, IL 60613

Dear Mike:

Please consider the following as a letter of agreement for the new Kathy Davis Designs divisions that utilize other artists, which we have previously discussed. (Tutti Frutti refers to the freelance division, Studio 100 refers to the in-house division.)

1. This agreement between Recycled Paper Greetings and Kathy Davis Designs, specifically pertains to two (2) new independent creative divisions called Tutti Frutti and Studio 100. These entities are owned by Kathy Davis Designs, Inc., however this agreement pertains specifically to these two new divisions.

2. Term- this letter of agreement is in effect from November 30, 1999 through November 30, 2000. (This term corresponds with the renewal date of the primary Kathy Davis Designs contract.) If the contract is not renewed, Recycled Paper Greetings shall have the right to continue selling successful designs provided that royalty payments for those designs continue, as well.

3. Territory- parties acknowledge that the primary territory shall be United States and Canada.

4. Royalty- shall be 5% of net sales as calculated for Kathy Davis Designs, payable to Kathy Davis Designs, Inc. Reporting: sales and royalty reports shall be created for each division in order to track sales activity.

5. Exclusivity- Recycled Paper Greetings shall be primary greeting card publisher for designs created for Tutti Frutti and Studio 100, however in the event that Recycled Paper Greetings does not accept submitted designs, Kathy Davis Designs shall have the right to submit said designs to other greeting card publishers.

6. Out of print- in the event works go out of print and are not reprinted within the next twelve (12) month period, rights will revert back to Kathy Davis Designs.

7. Repurchase- Kathy Davis Designs shall have the option to purchase Tutti Frutti and Studio 100 products for resale at 50% less than the Recycled Paper Greetings published wholesale prices.

Sincerely,

Kathy Davis

Understood, Agreed and Accepted:

Mike Keiser, Recycled Paper Greetings    3/6/00
                                          Date