KATHY DAVIS DESIGNS, INC.
100 S. MAIN STREET
NORTH WALES, PA 19454

December 1, 2000

Mr. Mike Keiser
Recycled Paper Greetings
3636 N. Broadway
Chicago, IL 60613-4488

RE: Licensing Addendum: Kathy Davis Designs (KDD)

Dear Mike:

As per our conversation, this letter shall serve as a written addendum for a five (5) year extension to the original License Agreement between Kathy Davis Designs (KDD) and Recycled Paper Greetings (RPG).

**Term:** With this extension, the new term shall be in effect from December 1, 2000 to November 30, 2004.

**Royalty Rate:** The royalty rate for all KDD greeting cards shall be increased to 6%, from the prior rate of 5%, effective as of the date of this addendum.

**Returns Percentage:** Customer returns charged against KDD's royalties will be capped at a maximum of 15% of gross royalties earned. Credits shall be taken annually, consistent with the RPG program currently place with other artists

**Advance against Future Royalties:** KDD shall receive an advance payment of $375,000 as an advance against future royalties paid by RPG. Payment shall be paid on or about January 15, 2001.

**Charitable Contributions:** RPG and KDD jointly agree to produce sub lines of cards within the KDD product lines, whereby a portion of the proceeds from sales are donated to a designated charity. Selected charities would be identified on the back of each card. KDD will also contribute a portion of royalties earned on these cards. The parties will agree on a maximum contribution amount per year, not to exceed $10,000 from each party.

**Advertising:** KDD asks all licensees to participate in at least two "cooperative" advertisements annually in selected gift and stationery magazines. This program is designed to provide exposure to all KDD licensees. RPG is asked to participate on a pro rata basis in this advertising program along with the other KDD licensees.

**Design Equipment:** RPG will fully reimburse KDD for the purchase of an additional Mac workstation, which will be dedicated to RPG products. This equipment would be purchased in lieu of the original proposal suggested by you to purchase scanning equipment.

KATHY DAVIS DESIGNS, INC.
100 S. MAIN STREET
NORTH WALES, PA 19454

Licensing Addendum
December 1, 2000
p.2

If the above terms and conditions represent your understanding between the parties, please acknowledge by signing below. Thank you for your continued support. We look forward to another 5 years of growth and mutual prosperity.

Sincerely,

Peter C. Walts
Vice President

We hereby acknowledge the above terms and conditions and accept this letter as an addendum to the Licensing Agreement between RPG and KDD.

_____ 12/11/00        _____ 12/20/00
Mike Keiser, RPG    Date             Kathy Davis, KDD   Date