[SEARCH BLOG] [FLAG BLOG] Next Blog»    Create Blog | Sign In



TUESDAY, SEPTEMBER 25, 2007

## Joys of Summer



Today's the first day of fall... and yet, I prefer to call it "Indian Summer"! It's such a pretty time of year, with huge orange moons, migrating monarch butterflies and while days are shorter, the sun is doing its best to put on a dazzling encore to its summer show!

By now you may have noticed that I've settled into a pattern within this "Blog-o-Sphere". My entries have become seasonal, which suits my cyclical nature. While they are not frequent, they are consistent, and provide me with a manageable and enjoyable process for reflection and sharing.

I had a great summer, filled with family, fun, work – and plenty of inspiration! A look back at my joys of summer:

**Sign up for our Email Newsletter**

Privacy by SafeSubscribe℠
For Email Marketing you can trust

LINKS

The Kathy Davis Website

The Studio at Kathy Davis Blog





PREVIOUS POSTS



**Favorite Meal** – The meal was as good as the entire experience at the Kutztown Folk Festival on the Fourth of July! Bratwurst, fresh cut fries, homemade root beer and strawberry shortcake may not be health food, but it was worth the splurge! (Almost forgot the warm kettle corn!)

**Favorite Project**- Been a busy girl this summer – working on some book projects, designs for tableware, and most importantly, a new collection of Kathy Davis greeting cards for Target! This "Scatter Joy" collection should be in stores by early Spring '08. (Stay tuned for more on that later!)



Another ongoing project has been the total re-organization of my home studio. I still have many hours of filing ahead of me, but I am proud to say that I purged and organized almost 20 years of artistic