`/2008 FRI 15:59 FAX                                                                 ☒008/017



December 14, 2007

Mr. Mark Martin, Chief Marketing Officer
Recycled Paper Greetings
111 North Canal 7th Floor
Chicago, Illinois 60606

Dear Mark:

Kathy, John and I reviewed your recent email describing a proposed 'Mutual Agreement' between Kathy Davis Studios ("KDS") and Recycled Paper Greetings ("RPG"). While we can certainly appreciate your efforts in drafting this document, there are several major issues that remain unaddressed. With this in mind, please consider this document as a formal written request for additional information that is critical for KDS to consider a continuation of the current Agreement, which is currently under review for continuation of the remaining five (5) year term to commence on January 1, 2008.

1. **RE: Focus Area #1: Royalty Growth**
We concur with your assessment that the royalties for KDS has significantly declined in the past several years (though it must be taken into account that KDS has experienced a large decline in Seasonal sales due to RPG's elimination of the Christmas boxed card program). In addition, we assert that our opportunity for potential revenue growth was greatly inhibited due to the fact that RPG did not introduce and build the dedicated Kathy Davis branded collection that was a negotiated condition of the current Agreement. Due to the fact that this contract obligation has not been implemented, RPG is in breach of its obligation under the terms of the Agreement.

Your plan to increase the pockets 12% over the coming year does provide an improvement, but it seems doubtful that this effort will compensate for the combined 29% decrease in revenue that has occurred during the past two years and the lost revenue potential we would have experienced with a branded collection. In an effort to compensate KDS for these shortfalls and breaches of the Agreement, please advise as to the following:

o What form of compensation will RPG remit to KDS for this shortfall in revenue from 2006-2007 and the breach in the Agreement?
o There is a provision in the current Agreement for an annual Advance to be paid in January of each contract year that is equal to a minimum of 50% of the previous year's royalties. What would you propose as a modification / improvement in this annual Advance percentage?

Centropy Group, LLC            100 S. Main Street              North Wales, PA 19454
P: 215-699-6681                F: 215-689-4365                 E: pwalts@centropygroup.com

Pg. 2

- What financial guarantee amount can KDS expect against RPG's 5-year projections that were presented and discussed in the presentation on November 9, 2007?

In addition, with regard to any pockets that have been replaced with KDS cards that do not perform at an equivalent productivity rate as current pockets (on average), KDS would want the opportunity to supply replacement designs for these pockets (versus RPG's seeking other artist's work). Please comment and advise.

2. **RE: RPG will investigate business feasibility of offering XBOX for 2008 Holidays and beyond.**
As was discussed at the November 9th meeting, KDS currently has active license agreements with several companies to produce Christmas boxed cards for 2008 and 2009, and cannot terminate these agreements. KDS would be more than willing to explore the Christmas boxed card category with RPG, and participate on a non-exclusive basis if RPG decides to re-enter this category. We would be willing to explore long-term exclusive commitments beginning in 2010 based on the delivery of a plan that defines how RPG will position KDS as the market leader in this category.

3. **RE: RPG to reduce the number of artists contributing to TRAD assortments.**
We acknowledge that there are currently 97 artists contributing to this category, however We need to better understand your plan for participant reduction and a detailed understanding of how this reduction will improve revenue opportunities for KDS.

4. **RE: RPG is committed to improving its marketing capabilities.**
- Please submit a definition for "Innovation/Creative "News", as this is a new term and not clear.
- Please submit a detailed plan for featuring the "Kathy Davis Scatter Joy" branded collection beyond the upcoming Target test – both in scope of accounts and revenue – including timing of a launch, marketing of the collection and the launch, merchandising opportunities, number of pockets and designs, and refreshment rate.

5. **RE: New and Improved quality reviews will be implemented by the Marketing and Operations team**
As these measures greatly impact the sales of our cards, please submit a description of how these quality improvement initiatives will be implemented, timing of the initiatives, change in existing procedures, etc.

6. **RE: RPG will provide a KDS advocate in the Art Department whose responsibility it will be to propose "news" opportunities, manage day-to-day submissions, provide all relevant reports/information from RPG, and respond to any requests/needs of the KD team.**
Please submit a detailed plan on how this will be completed, including timing and job description.

Centropy Group, LLC          100 S. Main Street          North Wales, PA 19454
P: 215-699-6681              F: 215-689-4365             E: pwolfs@centropygroup.com

Pg. 3

7. **RE: KD and RPG will have annual strategy and business planning meetings to ensure on-going communication, continuous improvement, and aligned business expectations.**
We endorse this RPG sponsored initiative and would require a defined timeline and schedule for these meetings. In addition, we would continue with our current weekly conference calls with the dedicated KDS advocate.

8. **RE: RPG working with KDS to support the Joy through Giving initiative**
Will RPG commit to a participation in the Joy Through Giving initiative twice a year, and support the initial with marketing and matching funds?

As described above, these issues remain unclear from their description in your last document and require further clarification before KDS can consider a continuation of the current Agreement.

As Kathy alluded to in her conversations with Mary, Jude and Mike, KDS has been approached by potential partners to market the KDS greeting card and licensed product categories in the future, and we are actively considering these options. In order to effectively weigh these opportunities along with the current business relationship with RPG, it is imperative that we have more clarity from RPG in these critical areas. We know that your team is aware the KDS termination option in the Agreement expires on December 31, 2007, so please address the above issues in detail, and respond in writing on or before Thursday, December 20, 2007.

If you have any questions, or need further clarification, please do not hesitate to contact me directly at 215-768-9936. We will review your response as a team and reply back to RPG our direction before December 31, 2007.

Sincerely,

*[signature]*

Peter C. Walts
CEO


c: Kathy Davis – Kathy Davis Studios
　 John Mavrakis – Kathy Davis Studios
　 Jude Rake – Recycled Paper Greetings
　 Mary George – Recycled Paper Greetings

Centropy Group, LLC　　　　100 S. Main Street　　　　North Wales, PA 19454
P: 215-699-6681　　　　　　 F: 215-689-4365　　　　　 E: pwalts@centropygroup.com