## Partnering for Growth – Replies to KDS inquiries

### December 27, 2007

1. **ROYALTY GROWTH:** Per our earlier discussion, the partnership between KDS and RPG is one of shared risk and reward. As such, the core of this agreement is to grow the percentage of everyday KDS pockets by 12%. Given the incremental royalty percentage implemented last year KDS should experience a much improved royalty payment for calendar year 2008 (assuming pocket productivity is consistent with historical rates). It is true, and must be acknowledged, that we have not been successful in delivering the "Scatter Joy" showcase as quickly as we had hoped. This has been a partnering effort as demonstrated by our joint effort to call and sell Target on the new showcase. Acknowledging your concerns, I would like to propose three steps to regain our footing in this area. First, we will amend our prior proposal and increase our guaranteed pocket growth from 12% to 15%. Second, we will accelerate the "Scatter Joy" initiative in 2008 after it has successfully proven itself in the Target test. This will entail a national launch in June as described in "section 4" of this document. These two moves should help to regain momentum and drive incremental royalties. Finally, we are proposing an increase in the advance rate from the current 50% to 60% of prior year royalties for January, 2008. This rate will revert back to 50% in January, 2009 as we demonstrate improved royalty growth and operational performance as described below.

   To clarify expectations on pocket replacements, KD will have the opportunity to supply replacement designs for underperforming KDS pockets.

   We hope these actions will demonstrate our commitment to KDS and mutual revenue growth during calendar year 2008.

2. **XBOX:** We understand that XBOX with Kathy Davis will not be an option for RPG until 2010.

3. **BUSINESS SIMPLIFICATION/TOP ARTIST FOCUS:** In order to improve our ability to deliver improved service, quality and revenue to our top artists, RPG will be embarking on a strategy of simplification. This simplification will include a reduction of the number of artists under contract with RPG in both Humor and Traditional categories. Number and timing of artist changes are to be determined after a thorough review of 2008 needs; however, artist changes will be whatever is necessary to deliver acceptable royalty growth rates and service commitments to our top priority artists. These changes are essential for our business strategy, and will help us to deliver the royalty growth rates and improved service to KDS.

4. **MARKETING CAPABILITIES:** In the future, RPG will adhere to a "news" strategy. Specifically, we will launch innovations and/or new collections with published launch plans. These launch plans will include distribution goals and timing, supporting sales materials, display materials, merchandising materials, and specific velocity and volume targets. Our goal is to "launch" some form of news in March, June and September. Pending successful results of the

Target test, our goal is to launch the "Kathy Davis Scatter Joy" collection in the June launch window.

*Target Test Review:* The "KD Scatter Joy" test will be in 300 Target stores commencing March, 2008. (The specific date is TBD pending Target buyer's decision on timing of resets.) This will be a 48 card test. The goal of the test will be to meet/exceed the average pocket velocity of the replaced 48 pockets in the 300 test Targets during the prior year period. Recently, RPG earned permission from Target to support the "Kathy Davis Scatter Joy" collection with top and bottom signage in addition to the already approved pocket headers. These will be implemented in the test.

*June National Launch Review:* Within 4 weeks of the Target test launch, we will have a read on whether the test exceeded the test objectives. If they do, we will propose a national launch at Target (which requires Buyer's approval) into all 1,600 Target rooftops. In addition, we will have developed a national launch plan to additional accounts including Wegman's, Cost Plus, Meijers, and all other major RPG customers. The launch will include merchandising support as tested at Target, and will have additional merchandising perpendicular's for all accounts other than Target.

5. **QUALITY REVIEWS:** First, there is an acknowledgement by RPG that we must improve our QC efforts. This is an on-going effort, and Jude Rake is personally involved and working with Jim Gurney to improve in this area. Importantly, we recognize this is an important area for improvement and are just commencing our QC improvement efforts.

Over the past two months, there have been two major improvements to Quality Control (QC) efforts at RPG. First, Scott Hopper joined the RPG team as General Manager at University Park. He has extensive engineering experience, and is focused on QC for RPG. Second, new and more aggressive sampling procedures have been implemented in both U.S. and China manufacturing. The procedures require hourly sampling of all production points including cutting, folding, die-cutting, embossing, hot foil stamping and collating. There are clear rejection rates and reporting requirements, thus ensuring a significantly improved QC performance. In addition to these two moves, there is also an enhanced procedure with our China production ensuring proofs are provided prior to production and on-site visits at least six times per year by RPG quality personnel.

The QC improvements should result in improvements quickly. However, these first steps are not the final improvements to be made to the QC process. We are open to providing detailed updates and general discussions at any time, and Jim Gurney would be happy to present a more formal overview of the procedures with the KDS team.

6. **KDS ADVOCATE:** The RPG Marketing department will be undergoing a restructure during the month of January, 2008. This restructure will create an increased focus on artist relations. Specifically, we will be (1) creating a system for tracking and reporting the status of art submissions, (2) providing greater access to internal reports including the monthly point-of-sale reports, web survey results, bricks & mortar results, etc., and (3) will provide artist "advocates" on the art department team. The role of these individuals will be to both represent and support the top artists within RPG. As a "representative" of Kathy Davis, the advocate will monitor contract commitments, royalty trends, and will present to the product management team any/all

opportunities for new creative, new showcases, and/or additions to existing card sets. As a "support person", the advocate will be available to answer any/all questions and address needs, ensure all reports are delivered and understood, and help to track creative status. As RPG proceeds with our reorganization in January, we will be developing more detailed job descriptions. During that time, we will work with the KD team to ensure the job description is agreeable to both KD and RPG. If the advocate position(s) can be filled with internal candidates, the positions should be filled by end of January. If an external search is required, the goal would be to fill as soon as possible and should take 4 – 6 weeks.

Please note that I intend to be actively involved with you and your team. As a top priority artist, you will have direct access to me at any time. In addition, I would like to institute monthly "update" conference calls so we can make sure our relationship is progressing on a mutually beneficial track.

7. **ANNUAL STRATEGY MEETINGS:** Upon completion of this agreement, we can set a defined timeline and schedule acceptable to both parties. For my part, I can't wait to get started! We are agreed the weekly conference calls with the KDS advocate should and will continue.

8. **JOY THROUGH GIVING:** The RPG team is excited to commit to support of "Joy through Giving" twice a year. Over the past year Jude has enjoyed supporting your charity work, and looks forward to continuing said support. Both Mike and Phil have also expressed interest in contributing to this initiative. We would like to learn more about the types of marketing support and matching funds requested so we can evaluate and commit to the programs.

I hope this provides clarification to the original "Mutual Agreement" entitled "Partnering for Growth". I am excited to be working with you, and hope we can set both parties up for long term success!