## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Recycled Paper Greetings, Inc.
                          Plaintiff,

v.                                                 Case No.: 1:08−cv−00236
                                                   Honorable Elaine E. Bucklo

Kathy Davis
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Morton Denlow : Motion Hearing is reset to 2/25/2008 at 09:15 AM. regarding motion to maintain designation of certain documents and information as confidential−attorney eyes only [50] and motion to compel[43]. Motion hearing set for 2/22/08 is stricken.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.