IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation,<br><br>      Plaintiff/Counterdefendant,<br><br>v.<br><br>KATHY DAVIS,<br><br>      Defendant/Counterplaintiff. | No. 08 C 236<br><br>Judge Elaine B. Bucklo<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF FILING

TO:    Craig R. Annunziata                Steven Manchel
        Joel W. Rice                         Manchel & Brennan, P.C.
        Steven M. Miller                  199 Wells Avenue, Suite 301
        Sisher & Phillips, LLP            Newton, Massachusetts 02459
        140 South Dearborn Street
        Suite 1000
        Chicago, IL 60603

      PLEASE TAKE NOTICE that on February 22, 2008, there was filed manually under seal a **Supplemental Declaration of Kathy Davis** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a true and correct copy of which is being served upon you as indicated in the attached Proof of Service.

DATED: February 22, 2008                       Respectfully submitted,

                                                         **KATHY DAVIS**

James V. Garvey
Frederic T. Knape                           By:   s/ Frederic T. Knape
Vedder Price P.C.                                  One of Her Attorneys
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005

CHICAGO/#1740634.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the **Notice of Filing** and **Supplemental Declaration of Kathy Davis** was served on:

| | |
|---|---|
| Craig R. Annunziata | Steven Manchel |
| Joel W. Rice | Manchel & Brennan, P.C. |
| Steven M. Miller | 199 Wells Avenue, Suite 301 |
| Sisher & Phillips, LLP | Newton, Massachusetts 02459 |
| 140 South Dearborn Street | |
| Suite 1000 | |
| Chicago, IL 60603 | |
| | |
| Via messenger delivery | Via First Class, U.S. Mail |

By 5:00 CST on February 22, 2008.


　　　　　　　　　　　　　　　　　　　　　　__s/ Frederic T. Knape_____