IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation, ) ) | ) | |
| plaintiff, | ) ) | Case No. 08 C 236 |
| v. | ) ) | Judge Elaine Bucklo |
| KATHY DAVIS, defendant. | ) ) ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
ITS ANSWER TO COUNTERCLAIM**

Plaintiff Recycled Paper Products, Inc. ("RPG"), by and through its attorneys, hereby moves this Court for a two day extension of time, until up to and including Tuesday, February 26, 2008, in which to file its Answer to Defendant Kathy Davis' ("Davis") Counterclaim. In support of this motion, RPG states as follows:

1. RPG's Answer to Davis' Counterclaim is due today. However, RPG is unable to file such Answer until the issue raised by Davis' Motion to Maintain Attorneys Eyes Only Designation is resolved. Davis' motion is presently pending before Magistrate Judge Denlow, but is not scheduled for hearing until Monday, February 25, 2008.

2. Certain paragraphs of the Counterclaim, particularly ¶¶ 37-39, allude to matters that RPG's counsel cannot discuss with their client unless the Attorneys Eyes Only designation is lifted.

3. Counsel for Davis has been contacted regarding this request for an extension, and does not oppose the granting of a two-day extension.

WHEREFORE, Plaintiff respectfully requests that its Motion for Extension of Time be granted.

Chicago 90074.1

Dated: February 22, 2008 Respectfully submitted,

By: /s/ Joel W. Rice
One of the Attorneys for Plaintiff

Craig R. Annunziata
Illinois Bar No. 6209487
Joel W. Rice
Illinois Bar No. 6186471
FISHER & PHILLIPS, LLP
140 South Dearborn Street, Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven Manchel
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA 02459
(617) 796-8920

**CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on February 22, 2008, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER TO COUNTERCLAIM,** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> James V. Garvey
> VEDDER PRICE, P.C.
> 222 North LaSalle Street
> Suite 2400
> Chicago, IL 60601

thereby serving the same upon them.

/s/ Joel W. Rice

3

Chicago 90074.1