IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.    08 C 236 |
| v. | ) ) | Judge Elaine E. Bucklo |
| KATHY DAVIS, | ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, February 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in his/her stead, in Room 1441, in the United States District Court, Northern District of Illinois, and then and there present **Plaintiff's Unopposed Motion for Extension of Time to File Its Answer to Counterclaim**, a copy of which is being filed herewith.

Dated: February 22, 2008                Respectfully submitted,

RECYCLED PAPER GREETINGS, INC.


By:    /s/ Joel W. Rice
        One of the Attorneys for Plaintiff

Craig R. Annunziata
Illinois Bar No. 6209487
Joel W. Rice
Illinois Bar No. 6186471
FISHER & PHILLIPS, LLP
140 South Dearborn Street
Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven Manchel
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA  02459
(617) 796-8920

Chicago 90082.1

**CERTIFICATE OF SERVICE**

    The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

    That on February 22, 2008, I electronically filed the foregoing **NOTICE OF MOTION FOR PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER TO COUNTERCLAIM** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> James V. Garvey
> VEDDER PRICE, P.C.
> 222 North LaSalle Street
> Suite 2400
> Chicago, IL  60601

thereby serving the same upon them.

                                                            /s/ Joel W. Rice

Chicago 90082.1