IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECYCLED PAPER GREETINGS, INC.,
an Illinois corporation,

        Plaintiff/Counterdefendant,

v.

KATHY DAVIS,

        Defendant/Counterplaintiff.

No. 08 C 236

Judge Elaine B. Bucklo

Magistrate Judge Morton Denlow

### DEFENDANT KATHY DAVIS' MOTION TO DISMISS

Defendant Kathy Davis ("Davis") hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(6) and 19 to dismiss Plaintiff's First Amended Complaint, based upon Plaintiff's failure to state any claims and join a necessary and indispensable party. In support of her Motion, Davis is filing contemporaneously herewith a supporting memorandum.

WHEREFORE, Davis prays for entry of an Order (a) granting this Motion; (b) dismissing Plaintiff's First Amended Complaint, (c) awarding Davis her costs of suit, and (d) granting such other relief as the Court deems appropriate.

DATED: February 25, 2008

James V. Garvey
Frederic T. Knape
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005

Respectfully submitted,

**KATHY DAVIS**

By:__s/James V. Garvey_____
      One of Her Attorneys

CHICAGO/#1751282.1