IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> KATHY DAVIS, <br><br> Defendant/Counterplaintiff. | No. 08 C 236 <br><br> Judge Elaine B. Bucklo <br><br> Magistrate Judge Morton Denlow |

### NOTICE OF MOTION

TO:    Craig R. Annunziata                    Steven Manchel
          Joel W. Rice                            Manchel & Brennan, P.C.
          Steven M. Miller                     199 Wells Avenue, Suite 301
          Sisher & Phillips, LLP               Newton, Massachusetts 02459
          140 South Dearborn Street
          Suite 1000
          Chicago, IL 60603

       PLEASE TAKE NOTICE that on February 28, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Room 1441, in the United States District Court, Northern District of Illinois, and then and there present Defendant's **Motion to Dismiss** and **Memorandum in Support of Motion to Dismiss**, true and correct copies of which are hereby served upon you.

DATED: February 25, 2008                  Respectfully submitted,

James V. Garvey                             **KATHY DAVIS**
Frederic T. Knape
Vedder Price P.C.
222 North LaSalle Street
Suite 2600                                            By:  s/ James V. Garvey
Chicago, Illinois 60601-1003                              One of Her Attorneys
T: (312) 609-7500
F: (312) 609-5005

CHICAGO/#1751283.1

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of Defendant's **Notice of Motion**, **Motion to Dismiss** and **Memorandum in Support of Motion to Dismiss** were served on:

| | |
|---|---|
| Craig R. Annunziata | Steven Manchel |
| Joel W. Rice | Manchel & Brennan, P.C. |
| Steven M. Miller | 199 Wells Avenue, Suite 301 |
| Sisher & Phillips, LLP | Newton, Massachusetts 02459 |
| 140 South Dearborn Street | |
| Suite 1000 | |
| Chicago, IL 60603 | |
| | |
| Via CM/ECF system | Via CM/ECF system |

by 5:00 p.m. on February 25, 2008.

                                                        __s/ James V. Garvey_____