# EXHIBIT 1



December 28, 2008

Mr. Jude Rake, CEO
Mr. Mark Martin, Chief Marketing Officer
Recycled Paper Greetings, Inc.
111 N. Canal, 7th Floor
Chicago, IL
60606

Dear Jude and Mark:

After much careful consideration, it is with the utmost respect for RPG and every individual on the RPG team, that I am choosing by this letter to exercise my option to terminate the current contract with RPG as provided in Term and Termination provision of our agreement of dated March 22, 2006.

While I certainly appreciate the proposal and efforts on RPG's behalf to improve upon our ongoing relationship, I have decided to pursue a different path in the future with another company whose strategy more closely aligns with mine. This company has committed to elevate the Kathy Davis brand with a long term, comprehensive program of related social expression product as well as a dedicated retail branded presence. We have also agreed to economic terms that not only recognize the current value of my efforts, but also provide long-term assurances and incentives to meet my personal financial goals.

The changes at RPG over the past several years and the way they have affected my company helped me realize that our goals for growth are taking different directions. This realization was a significant force in guiding my decision. To say that this decision was far from easy is an understatement. My gratitude and loyalty to RPG run deep. After almost 20 years, the bond that has developed is not one that I have taken lightly, and while our working relationship will change, it is my desire that the friendships I've made with the many individuals in the RPG family endure. Although the changes ahead may be challenging, I now believe in my heart that these changes are for the best, allowing both of us to grow freely and reach new heights, while appreciating the achievements we have each enjoyed in working together for the past 20 years.

In coming weeks, I will be following up personally with individuals at RPG with whom I've worked to express my gratitude and support. Peter will work through any contractual issues pertaining to the transition period with Mark, and John will continue to oversee daily operation issues throughout the remainder of our commitment.

I wish RPG every success in future endeavors. Thank you for your support and understanding through this difficult time.

All My Best,

Kathy Davis

C: Mary George
   Mike Keiser

1126 Horsham Rd.
Suite B-1
Ambler, PA 19002-1112
phone: 215.654.8485
www.kathydavis.com