UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Recycled Paper Greetings, Inc.
                                Plaintiff,

v.                                                  Case No.: 1:08−cv−00236
                                                       Honorable Elaine E. Bucklo

Kathy Davis
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 25, 2008:

      MINUTE entry before Judge Morton Denlow : Motion hearing held on 2/25/2008. Defendant's motion to compel [43] is entered and continued to 3/10/08 at 9:15 a.m. Defendants motion to maintain designation of certain documents and information as Confidential−Attorney Eyes Only [50] is denied in part and granted in part as stated in open Court. Plaintiff's motion to compel [60] and motion to expedite is denied without prejudice as stated in open Court. Written discovery is due on or by 3/10/08. Deposition Discovery is due on or by 3/24/08. Motion hearing set for 2/27/08 is stricken. Parties are to review Judge Denlow's website and articles regarding preliminary injunctions and decide whether they would prefer to proceed to a trial on the merits on the issue of liability. This will be discussed on 3/10/08. Status hearing set for 3/6/08 is stricken. Motions terminated: MOTION by Plaintiff Recycled Paper Greetings, Inc. to compelMOTION by Plaintiff Recycled Paper Greetings, Inc. to expedite[60], MOTION by Defendant Kathy DavisMotion to Maintain Designation of Certain Documents and Information as "CONFIDENTIAL−ATTOENRY EYES ONLY"[50] Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.