# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Recycled Paper Greetings, Inc.

                  Plaintiff,

v.                                          Case No.: 1:08−cv−00236

                                                            Honorable Elaine E. Bucklo

Kathy Davis

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Set deadlines/hearing as to defendant's motion to dismiss[65] : Responses due by 3/19/2008. Replies due by 4/2/2008. Target date for ruling by mail set for 5/9/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.