IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation, <br> plaintiff, <br> v. <br> KATHY DAVIS, <br> defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 C 236 <br><br> Judge Elaine Bucklo |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
AND NOTICE OF SETTLEMENT**

Because the parties have reached a settlement in principle, plaintiff Recycled Paper Greetings, Inc. ("RPG"), by and through its attorneys, hereby moves this Court for an extension of time to file objections to certain discovery rulings made by Magistrate Judge Denlow on February 25, 2008. In support of this motion, RPG states as follows:

1. On February 25, 2008, Magistrate Judge Denlow granted in part Defendant Kathy Davis' discovery motion with respect to retaining the attorneys eyes only designation on certain draft license agreements. Also, Judge Denlow denied without prejudice RPG's motion to compel expedited discovery with respect to certain statements made in Kathy Davis' declaration before this Court.

2. RPG's objections to Magistrate Judge Denlow's discovery rulings are due to be filed with this Court by no later than Monday, March 10, 2008.

3. Late this past Friday afternoon, February 29, 2008, the parties reached an agreement to settle the case, which is presently being documented.

4.	RPG requests that it be granted a two-week extension of time in which to file its objections to Magistrate Judge Denlow's rulings, up to and including March 24, 2008, should it become necessary. Obviously, if the settlement documentation process does not break down, then there will be no need to file any objections. RPG, however, does not want to waive its rights in that regard.

5.	RPG's Chicago counsel has contacted Kathy Davis' lead counsel, James Garvey, who does not object to the requested extension.

WHEREFORE, for all of the foregoing reasons, RPG requests that this Motion for Extension of Time be granted.

Dated: March 3, 2008				Respectfully submitted,


					By:	/s/ Joel W. Rice
						One of the Attorneys for Plaintiff

Craig R. Annunziata
Illinois Bar No. 6209487
Joel W. Rice
Illinois Bar No. 6186471
FISHER & PHILLIPS, LLP
140 South Dearborn Street, Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven Manchel
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA 02459
(617) 796-8920

Chicago 90232.1

**CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on March 3, 2008, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND NOTICE OF SETTLEMENT,** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>James V. Garvey
>VEDDER PRICE, P.C.
>222 North LaSalle Street
>Suite 2400
>Chicago, IL 60601

thereby serving the same upon them.

>/s/ Joel W. Rice