UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Recycled Paper Greetings, Inc.
                        Plaintiff,

v.                                        Case No.: 1:08−cv−00236
                                        Honorable Elaine E. Bucklo

Kathy Davis
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Morton Denlow :Motion to compel [43] is withdrawn without prejudice. The parties having represented that they have reached an agreement in principle and they will present a dismissal order to Judge Bucklo, the referral of this action having been resolved, the case is returned to the assigned judge. Status hearing set for 3/10/08 is stricken. Motions terminated: ; Judge Morton Denlow no longer referred to the case.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.