IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 236 |
| v. | ) ) | Judge Elaine Bucklo |
| KATHY DAVIS, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiff Recycled Paper Greetings, Inc. ("RPG"), by and through its attorneys, hereby moves this Court for a two-week extension of time to file its memorandum in opposition to Defendant's motion to dismiss the Amended Complaint. In support of this motion, RPG states as follows:

1. RPG's response in opposition to Defendant's motion to dismiss the Amended Complaint is currently due by Wednesday, March 19, 2008.

2. As RPG previously apprised the Court in its Notice of Settlement filed on March 3, 2008, the parties have reached an agreement in principle to settle the case, which is presently in the process of being documented.

3. In light of the parties' focus on documenting the settlement, RPG requests that it be granted a two-week extension of time, up to and including April 3, 2008, if necessary, in which to file its opposition to Defendant's motion to dismiss. This request for extension is made out of an abundance of caution in the event that the settlement documentation process breaks down.

Chicago 90468.1

4. In accordance with this Court's standing order, RPG's Chicago counsel has contacted Defendant's counsel to ascertain their position concerning this requested extension, and Defendant's counsel has indicated that they do not agree to the extension.

5. RPG's request is not made for any improper purpose, and will not unfairly prejudice Defendant in any manner or cause undue delay.

WHEREFORE, for all of the foregoing reasons, RPG requests that Plaintiff's Motion for Extension of Time to File Response to Motion to Dismiss Amended Complaint be granted.

Dated: March 13, 2008                               Respectfully submitted,


                                            By:    /s/ Joel W. Rice
                                                   One of the Attorneys for Plaintiff

Craig R. Annunziata
Illinois Bar No. 6209487
Joel W. Rice
Illinois Bar No. 6186471
FISHER & PHILLIPS, LLP
140 South Dearborn Street, Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven Manchel
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA  02459
(617) 796-8920

**CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on March 13, 2008, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT,** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>James V. Garvey
>VEDDER PRICE, P.C.
>222 North LaSalle Street
>Suite 2400
>Chicago, IL 60601

thereby serving the same upon them.

/s/ Joel W. Rice