IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.   08 C 236 |
| v. | ) ) | Judge Elaine E. Bucklo |
| KATHY DAVIS, | ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

## NOTICE OF MOTION

　　　PLEASE TAKE NOTICE that on Tuesday, March 18, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in his/her stead, in Room 1441, in the United States District Court, Northern District of Illinois, and then and there present **Plaintiff's Motion for Extension of Time to File Response to Motion to Dismiss Amended Complaint**, a copy of which is being filed herewith.

Dated: March 13, 2008

Respectfully submitted,

RECYCLED PAPER GREETINGS, INC.

By:   /s/ Joel W. Rice
　　　One of the Attorneys for Plaintiff

Craig R. Annunziata
Illinois Bar No. 6209487
Joel W. Rice
Illinois Bar No. 6186471
FISHER & PHILLIPS, LLP
140 South Dearborn Street
Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven Manchel
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA 02459
(617) 796-8920

**CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on March 13, 2008, the **NOTICE OF MOTION FOR PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT** was served via regular U.S. Mail delivery, and hand delivery by process server will be attempted upon:

> James V. Garvey
> VEDDER PRICE, P.C.
> 222 North LaSalle Street
> Suite 2400
> Chicago, IL  60601

thereby serving the same upon them.

/s/ Joel W. Rice

Chicago 90472.1