IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation, ) ) ) | | |
| plaintiff, ) | Case No. 08 C 236 | |
| ) | | |
| v. ) | Judge Elaine Bucklo | |
| ) | | |
| KATHY DAVIS, ) | | |
| defendant. ) ) | | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO DISCOVERY RULINGS**

Plaintiff Recycled Paper Greetings, Inc. ("RPG"), by and through its attorneys, hereby moves this Court for an additional one-week extension of time to file objections to certain discovery rulings made by Magistrate Judge Denlow. This extension is requested in light of the parties' ongoing efforts to document their oral agreement to settle the case. In support of this motion, RPG states as follows:

1. On February 25, 2008, Magistrate Judge Denlow made certain discovery rulings to which RPG's objections were originally due to be filed with this Court by no later than Monday, March 10, 2008.

2. On March 4, 2008, this Court granted RPG's unopposed motion for a two-week extension of time in which to file its objections to Magistrate Judge Denlow's rulings, up to and including March 24, 2008.

3. The parties are continuing to engage in the process of documenting the settlement. While there has been significant progress, the documentation process may not be finalized before

Chicago 90590.1

the March 24 due date to file objections.  Accordingly, RPG requests an additional one-week extension of time, if necessary, in which to submit objections.

4.  RPG's lead counsel has contacted Kathy Davis' lead counsel, James Garvey, who does not object to the requested one-week extension.

WHEREFORE, for all of the foregoing reasons, RPG requests that this Unopposed Motion for Extension of Time to File Objections to Discovery Rulings be granted.

Dated: March 20, 2008

Respectfully submitted,

RECYCLED PAPER GREETINGS, INC.

By:  /s/ Joel W. Rice
One of the Attorneys for Plaintiff

Craig R. Annunziata
Illinois Bar No. 6209487
Joel W. Rice
Illinois Bar No. 6186471
FISHER & PHILLIPS, LLP
140 South Dearborn Street, Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven Manchel
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA  02459
(617) 796-8920

Chicago 90590.1

**CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on March 20, 2008, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO DISCOVERY RULINGS,** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> James V. Garvey
> VEDDER PRICE, P.C.
> 222 North LaSalle Street
> Suite 2400
> Chicago, IL 60601

thereby serving the same upon them.

> /s/ Joel W. Rice