IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.    08 C 236 |
| v. | ) ) | Judge Elaine E. Bucklo |
| KATHY DAVIS, | ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, March 24, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Room 1441, in the United States District Court, Northern District of Illinois, and then and there present **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO DISCOVERY RULINGS**, a copy of which is being filed herewith.

Dated: March 20, 2008              Respectfully submitted,

RECYCLED PAPER GREETINGS, INC.


By:    /s/ Joel W. Rice
       One of the Attorneys for Plaintiff

Craig R. Annunziata
Illinois Bar No. 6209487
Joel W. Rice
Illinois Bar No. 6186471
FISHER & PHILLIPS, LLP
140 South Dearborn Street
Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven Manchel
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA  02459
(617) 796-8920

Chicago 90589.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on March 20, 2008, the **NOTICE OF MOTION** for **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO DISCOVERY RULINGS** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following

> James V. Garvey
> VEDDER PRICE, P.C.
> 222 North LaSalle Street
> Suite 2400
> Chicago, IL  60601

thereby serving the same upon them.

/s/ Joel W. Rice

Chicago 90589.1