IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.    08 C 236 |
| v. | ) ) | Judge Elaine E. Bucklo |
| KATHY DAVIS, | ) ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Recycled Paper Greetings, Inc. ("Plaintiff"), by and through its attorneys, submits this Notice of Settlement, and states as follows:

1. The parties have reached an agreement as to the resolution of this litigation, and such agreement has been reduced to writing and executed by the Plaintiff and the Defendant.

2. The parties have executed a Stipulation of Dismissal With Prejudice. In accordance with the terms of the written settlement agreement, the Stipulation of Dismissal will be filed by counsel for Defendant Kathy Davis. The parties reasonably anticipate that such Stipulation of Dismissal will be filed in approximately thirty (30) days.

WHEREFORE, Plaintiff, Recycled Paper Greetings, Inc., hereby provides notice of the settlement in this matter and respectfully requests that the Court vacate the existing litigation dates in this matter.

Dated: March 31, 2008                              Respectfully submitted,

                                                                RECYCLED PAPER GREETINGS, INC.

                                    By:   /s/ Joel W. Rice
                                                 One of the Attorneys for Plaintiff

Craig R. Annunziata
Joel W. Rice
Steve A. Miller
FISHER & PHILLIPS, LLP
140 South Dearborn Street
Suite 1000
Chicago, IL 60603
(312) 346-8061

Steven L. Manchel
John K. Wells
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA 02459
(617) 796-8920

## CERTIFICATE OF SERVICE

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

     That on March 31, 2008, I electronically filed the foregoing **NOTICE OF SETTLEMENT,** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

                       James V. Garvey
                       VEDDER PRICE, P.C.
                       222 North LaSalle Street
                       Suite 2400
                       Chicago, IL  60601

thereby serving the same upon them.

                                                    /s/ Joel W. Rice