IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation, | |
| Plaintiff/Counterdefendant, | No. 08 C 236 |
| v. | Judge Elaine B. Bucklo |
| KATHY DAVIS, | Magistrate Judge Morton Denlow |
| Defendant/Counterplaintiff. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff/Counterdefendant, Recycled Paper Greetings, Inc. ("RPG"), and Defendant/Counterplaintiff, Kathy Davis ("Davis"), pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly agree and stipulate that this action be dismissed with prejudice and without costs or attorney fees to either party in accordance with the Confidential Settlement and Mutual Release Agreement executed on March 26, 2008.

| | |
|---|---|
| s/ Steven L. Manchel | s/ James V. Garvey |
| RECYCLED PAPER GREETINGS, INC. | KATHY DAVIS |
| Joel W. Rice<br>Fisher & Phillips LLP<br>1000 Marquette Building<br>140 South Dearborn Street<br>Chicago, Illinois 60603 | James V. Garvey<br>Frederic T. Knape<br>Vedder Price P.C.<br>222 North LaSalle Street<br>Chicago, Illinois 60601-1003 |
| Steven L. Manchel<br>John K. Wells<br>Manchel & Brennan, P.C.<br>199 Wells Avenue, Suite 301<br>Newton, Massachusetts 02459 | |

DATED: May 5, 2008