IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RECYCLED PAPER GREETINGS, INC., an Illinois corporation, | |
| Plaintiff/Counterdefendant, | No. 08 C 236 |
| v. | Judge Elaine B. Bucklo |
| KATHY DAVIS, | Magistrate Judge Morton Denlow |
| Defendant/Counterplaintiff. | |

## <u>NOTICE OF FILING</u>

TO:    Craig R. Annunziata            Steven L. Manchel
       Joel W. Rice                   Manchel & Brennan, P.C.
       Steven M. Miller               199 Wells Avenue, Suite 301
       Sisher & Phillips, LLP         Newton, Massachusetts 02459
       140 South Dearborn Street
       Suite 1000
       Chicago, IL 60603

PLEASE TAKE NOTICE that on May 5, 2008, there was electronically filed a **Joint Stipulation of Dismissal** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a true and correct copy of which is being served upon you as indicated in the attached Certificate of Service.

DATED: May 5, 2008                    Respectfully submitted,

                                      **KATHY DAVIS**

James V. Garvey
Frederic T. Knape                     By:   s/ James V. Garvey
Vedder Price P.C.                           One of Her Attorneys
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: (312) 609-7500
F: (312) 609-5005

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the **Notice of Filing** and **Joint Stipulation of Dismissal** was served on:

Craig R. Annunziata
Joel W. Rice
Steven M. Miller
Sisher & Phillips, LLP
140 South Dearborn Street
Suite 1000
Chicago, IL 60603

Steven L. Manchel
Manchel & Brennan, P.C.
199 Wells Avenue, Suite 301
Newton, Massachusetts 02459

via CM/ECF system on May 5, 2008.

   s/ James V. Garvey